UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Patricio Flores and Jose Encalada, as Co-Trustees and Personal Representatives for the next of kin of Maria Iñamagua Merchan, | Court File No. 09-CV-838 JMR/SRN |
| Plaintiffs, | **AFFIDAVIT OF KAREN KUGLER** |
| v. | |
| The United States of America; et. al, Defendants. | |

---

STATE OF MINNESOTA )
                    ) ss.
COUNTY OF RAMSEY )

Karen A. Kugler, affiant, having been duly sworn on oath states as follows:

1.    I am an Assistant Ramsey County Attorney duly licensed to practice law in the State of Minnesota, license number 220462 and assigned to the above captioned matter.

2.    I hereby attached true and correct copies of the following exhibits:

    A.    Christopher Walsh April 10, 2006 Letter to Ramsey County;
    B.    Final Autopsy Protocol Face Sheet and Death Certificate;
    C.    Christopher Walsh August 25, 2006 Letter to Patricia Leske;
    D.    Patricia Leske August 25, 2006 Letter to Christopher Walsh with Attachments 1-8;
    E.    Christopher Walsh April 2, 2007 Letter to Patricia Leske;
    F.    Christopher Walsh April 6, 2009 Letter to Patricia Leske;
    G.    Christopher Walsh April 22, 2009 Letter to Darwin Lookingbill;
    H.    Karen Kugler April 28, 2009 Letter to Christopher Walsh;
    I.    Karen Kugler May 1, 2009 Letter to Christopher Walsh;
    J.    Karen Kugler May 2, 2009 Letter to Christopher Walsh; and
    K.    Karen Kugler May 20, 2009 Letter to Christopher Walsh.

1

Further Affiant Sayeth Not.

Karen A. Kugler

Subscribed and sworn to before me
this 7th day of October, 2009.

Demaree Braun

Notary Public

DEMAREE BRAUN
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

2

# Exhibit A



FILE COPY

April 10, 2006

<u>VIA FAX AND U.S. MAIL</u>

Records Department
Ramsey County Adult Detention Center
425 Grove Street
St. Paul, MN 55101

Re:    Our Client:        Patricio Flores, husband of Maria Inamagua Merchan
       Date of Injury:    4-3-06

Dear Sir or Madam :

Please be advised that this firm represents Patricio Flores, husband of Maria Inamagua Merchan, and her next-of-kin. Ms. Inamagua (booking no. RCSO2006004198) was an inmate at the Ramsey County Detention Center. U.S. Department of Immigration and Naturalization Officials ("INS") brought her there for detention approximately two months ago. Ms. Inamagua had been complaining of headaches and she lost weight while in detention.

On Monday, April 3, 2006, according to medical records from Regions Hospital, Ms. Inamagua was allegedly found in her cell at about 4:00 p.m. and thought to have fallen out of her bunk. Records indicate a jail nurse observed her for four hours during which time she had altered mental status, vomiting and increased agitation. She was then brought by Emergency Medical Services ("EMS") to Regions Hospital, where she remains in a coma.

Enclosed please find:

1.    Patient Authorization for Release of Medical Information; and
2.    General Authorization for Release of Information.

The authorizations were signed by Ms. Inamagua's husband, Patricio Flores. Please provide me with all records of Ms. Inamagua's detention including, but not limited to, all medical records, nurses notes, intake or transfer records, police or INS reports, daily meals and visitors' schedules, activity and work schedules, audiotapes, records of telephone calls, video or security tapes. Also,

Ramsey County Adult Detention Center
April 10, 2006
Page Two


please advise specifically what EMS brought Ms. Inamagua to the hospital. Were the medics from the jail or from an ambulance service?

                              Very truly yours,


                              Christopher R. Walsh

CRW/lrc

Enclosures

c:      Patricio Flores
        Martha Urgiles

# Exhibit B

# DEATH CERTIFICATE

| | |
|---|---|
| DECEDENT'S NAME | MARIA FILOMENA INAMAGUA MERCHAN |
| DECEDENT'S ALIAS | |
| SEX, SOCIAL SECURITY NUMBER, MAIDEN NAME | FEMALE    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    INAMAGUA |
| RESIDENCE (COUNTY AND CITY, STATE) | HENNEPIN    MINNEAPOLIS, MINNESOTA |
| DATE AND PLACE OF BIRTH | NOVEMBER 19, 1975    CHECA CUENCA, ECUADOR |
| MARITAL STATUS SPOUSE'S NAME | MARRIED PATRICIO FLORES |
| PARENT(S) NAME(S) | RAMON INAMAGUA AURORA ELENA MERCHAN |
| DATE OF DEATH | APRIL |
| PLACE OF DEATH (COUNTY AND CITY) | RAMSEY    /    SAINT PAUL |
| FUNERAL HOME | KOZLAK-RADULOVICH FUNERAL CHAPEL |
| CAUSE OF DEATH IMMEDIATE | NEUROCYSTICERCOSIS |
| UNDERLYING | |
| OTHER CONTRIBUTING CONDITIONS | |
| MANNER | NATURAL |
| CORONER, MEDICAL EXAMINER OR PHYSICIAN | MICHAEL B MCGEE, M.D., MEDICAL EXAMINER RAMSEY COUNTY MEDICAL EXAMINER'S OFFICE, 300 E UNIVERSITY AVE, SAINT PAUL, MINNESOTA 55101 |

020-000001516 THIS IS A TRUE AND OFFICIAL RECORD OF THE DEATH REGISTERED IN THE OFFICE OF THE STATE REGISTRAR. DATE FILED: APRIL 14, 2006

PLACE ISSUED: ANOKA

DATE ISSUED: APRIL 18, 2006



*Barbara A. Carter*
STATE REGISTRAR

 ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



## Office of the Medical Examiner

300 E. University Avenue
St. Paul, MN 55130-4320
Telephone: 651-266-1700
Office Fax: 651-266-1720
Investigator Fax: 651-266-1730

M.B. McGee, M.D., Medical Examiner
K.M. Mills, M.D., Asst. Medical Examiner
V.V. Froloff, M.D., Asst. Medical Examiner

# FINAL AUTOPSY PROTOCOL

## ME 2006-0547

| **CASE TITLE: NEUROCYSTICERCOSIS** | | | |
|---|---|---|---|
| Name  Maria Inamagua Merchan | Age 30 | Sex F  Race | Hispanic |
| Date of Death 04/12/06 | Time 0745 | Date of Exam  04/14/06 | Time  1400 |
| Place of Death  Regions Hospital, 640 Jackson St., St. Paul (Ramsey Co) MN | | | |
| Pathologist  Victor Froloff – Assistant Medical Examiner | | | |
| Place of Exam  Ramsey County Medical Examiner's Office | | | |
| Report sent to File, Department of Homeland security – Rob Johnson | | | |

## FINAL ANATOMIC DIAGNOSIS

I.  Neurocysticercosis.
A. Two intact cysts of the right frontal and left parietal lobes. One ruptured cyst of the left lateral ventricle.
B. Cerebral edema with bilateral cerebellar herniation.
C. Status post ventriculostomy.
D. Bilateral pulmonary edema.
II.  Erosion of the cervix.

Victor Froloff, M.D.
Assistant Medical Examiner

Michael McGee, M.D.
Medical Examiner

Minnesota's First Home Rule County
printed on recycled paper with a minimum of 10% post-consumer content

# Exhibit C

# CHRISTOPHER R. WALSH

## ATTORNEY AT LAW

270 GRAIN EXCHANGE NORTH BUILDING

301 FOURTH AVENUE SOUTH

MINNEAPOLIS, MINNESOTA 55415

LICENSED TO PRACTICE IN:
MINNESOTA, COLORADO
AND WASHINGTON, D.C.

TELEPHONE: (612) 677-8300

FACSIMILE: (612) 677-9300

August 25, 2006

**VIA FACSIMILE & U.S. MAIL**

Patricia Leske
Ramsey County Attorney's Office
50 West Kellogg Blvd. Suite 315
St. Paul, MN 55102

Re:  Our Client:        Patricio Flores, husband of Maria Inamagua Merchan
     Date of Injury:    4/3/06
     Date of Death:     4/13/06

Ms. Leske:

On April 10, 2006, I sent a letter to the Ramsey County Adult Detention Center requesting medical and other records relating to Ms. Inamagua's detention at the Ramsey County Detention Center (booking # RCSO2006004198). See attached. Sergeant Ryan O'Neill of Internal Affairs stated that he forwarded the letter to your office. It has been over 4 months and I have yet to receive her records or even a response from your office. I included a patient authorization for release of medical information and a general authorization for release of information.

The authorizations were signed by Ms. Inamagua's husband, Patricio Flores. Again, I am requesting all records relating to my client's detention. A detailed list can be found in the letter I sent on April 10. Please respond to our records request.

Very truly yours,

Christopher R. Walsh    by RJA

CRW/pja

Enclosure

c: Patricio Flores

# Exhibit D

OFFICE OF THE RAMSEY COUNTY ATTORNEY

Susan Gaertner, County Attorney

50 West Kellogg Boulevard, Suite 560 • St. Paul, Minnesota 55102-1556

Telephone (651) 266-3222 • Fax (651) 266-3032

**Civil Division**

August 25, 2006

Christopher R. Walsh, Esq.
270 Grain Exchange North Bldg.
301 Fourth Avenue South
Minneapolis, MN  55415

Re:  Your Client:  Patricio Flores

Dear Mr. Walsh:

In response to your request for documentation regarding Maria Inamagua Merchan the attached documents are provided subject to the Minnesota Statutes, Chapter 13 Minnesota Data Practices Act.

1.  Inmate Booking Documents (4)
2.  Call Detail Report (3)
3.  Current/Previous Cells (1)
4.  Inmate Diary Report (3)
5.  RCS Hospital Security Unit Daily Log (2)
6.  General Report (2)
7.  Supplement Report (2)
8.  Ramsey County Adult Detention Center/Progress Notes (3)

Very truly yours,

Patricia A. Leske
Claims Administrator

# Attachment 1



# RAMSEY COUNTY SHERIFF'S OFFICE





State ID

Arrest Date          2/24/2006

Booking Number    RCSO2006004198
MasterKey            RCSO9001775

## INAMAGUAMERCHAN, MARIA
AKA:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age | 30 | DOB | 11/19/1975 | Hair Color | BLACK | Hair Length | LONG |
| Sex | FEMALE | Race | HISPANIC | Eye Color | BROWN | CorrVis | NO |
| Height | 60 | Weight | 125 | Facial Hair | B: NONE M: S: | Complxn | LT-BROWN |
| S/M/T/P | | | | | | | |

*Charges*

**F- HD O/AUTHORITY**

*Comments*

*Contact*

04 Apr 200 - 11:20:03    @ SDH48468          FOR LAW ENFORCEMENT USE ONLY



# RAMSEY COUNTY SHERIFF'S OFFICE



State ID



|  | |
|---|---|
| Arrest Date | 2/24/2006 |
| Booking Number | RCSO2006004198 |
| MasterKey | RCSO9001775 |

## INAMAGUAMERCHAN, MARIA
AKA:

| Age | 30 | DOB | 11/19/1975 | Hair Color | BLACK | Hair Length | LONG |
|---|---|---|---|---|---|---|---|
| Sex | FEMALE | Race | HISPANIC | Eye Color | BROWN | CorrVis | NO |
| Height | 60 | Weight | 125 | Facial Hair | B: NONE M: S: | Complxn | LT-BROWN |
| S/M/T/P | | | | | | | |

*Charges*

**F- HD O/AUTHORITY**

*Comments*

*Contact*

04 Apr 200 - 11:20:03    @ SDH48468

FOR LAW ENFORCEMENT USE ONLY



**Name:** INAMAGUAMERCHAN, MARIA    **M Status:** M    **DOB:** 11/19/1975
**Race:** HISPANIC    **Sex:** F    **Age:** 30.39    **Home Phone:** (612) 871-8757
**SSN:** - -    **DLN:**    **Work Phone:** ( ) -
**Weight:** 125    **Height:** 5 ft.0 in. **Hair Color:** BLACK    **Hair Type:** STRAIGHT    **Facial Hair:**
**Build:** SLENDER    **Eye Color:** BROWN    **Complexion:** LIGHT BROWN    **Ident #:** 9001775
**Birth Place:**    **State:**    **Country:** ECUADOR
**Comments:** A76407047

**Special
Notes:**

**Date Booked:**    02/24/2006 22:26    **Booking Number:** 200600004198
**Status:**    In Custody as of 04/04/2006 10:59

**Address:** 2748 CHICAGO AVE

MINNEAPOLIS    MN

**Inmate Charges**

Name: INAMAGUAMERCHAN, MARIA

Booking No.:200600004198

| | | |
|---|---|---|
| Reason Held: 3- IN TRANSIT | City Of Violation:UNKNOWN | |
| Charge Type: BOARDER/IMMIGRATION | Date Arrested: 02/24/2006 21:40 | |
| Statute No: ARREST | Counts: 0 | Class: F |
| Hold? YES | Hold for which county? BOARDER/IMMIGRATION | |
| Charge: IMMIGRATION VIOLATION- FELONY [F- IMMIGRATION][03] | | |
| Disposition: ARRESTED | Charge Dispo: | |
| Status: PENDING | TCIS Case #: | |
| Arraignmt Date: 00/00/0000 00:00 | Bond Hearing Date: 00/00/0000 00:00 | |
| Bond Amt: $.00 | Posted: | Bond No.: |
| Bondsman: | Bond Type: | |
| Plea: | Ajudicated: | |
| Location: AD | Offense Code: | |
| Complaint No.: 00000000 | Judge: | Citation#: |
| Domestic Viol.: NO | | |
| Victim: | Victim Relationship: | |
| Victim Address: | | |
| Phone: ( )  - | | |
| Victim Employer: A76407047 | Emp. Phone: ( )  - | |

# 48 Hour Rule Review Date: 00/00/0000 00:00

# 48 Hour Rule Review Judge:

Arresting Officer: IMMIGRATION        Arresting Agency: IMMIGRATION

Comments:

Booked On/By:02/24/2006 21:49 CHINN        Updated On/By: 03/14/2006 17:00    SANDQUIS

Charges Added On/By: 02/24/2006 22: MORENO        Updated On/By: 03/16/2006 15:52  SANDQUIS

# Attachment 2

# Call Detail Report

Date: 7/25/06

Time: 11:49:36 AM

Date Range 02/24/2006 - 04/04/2006 00:00 - 24:00

PIN: 9001775

Call Completion Type(s): Complete, Incomplete

| Location | Dest. Number | PIN | CCard | Date/Time | Dur | Call Type | Stop Code |
|---|---|---|---|---|---|---|---|
| 5-A 4 | 6127297507 | 9001775 | | 02/26/2006 20:49 | 9:03 | Station to Station | Caller Hung Up |
| 5-A 1 (TDY) | 6128718727 | 9001775 | | 02/27/2006 12:50 | 0:28 | Station to Station | LEC Block |
| 5-A 2 | 6128746821 | 9001775 | | 02/27/2006 12:51 | 1:31 | Station to Station | Not Accepted |
| 5-A 4 | 6128718727 | 9001775 | | 02/27/2006 17:24 | 0:34 | Station to Station | LEC Block |
| 5-A 4 | 6127297507 | 9001775 | | 02/27/2006 17:26 | 8:41 | Station to Station | Caller Hung Up |
| 5-A 1 (TDY) | 6128746821 | 9001775 | | 02/27/2006 18:09 | 7:51 | Station to Station | Caller Hung Up |
| 5-A 5 | 6128746821 | 9001775 | | 03/01/2006 15:32 | 0:26 | Station to Station | Caller Hung Up |
| 5-A 5 | 6128746821 | 9001775 | | 03/01/2006 15:34 | 0:24 | Station to Station | Caller Hung Up |
| 5-A 2 | 6128746821 | 9001775 | | 03/01/2006 15:42 | 0:56 | Station to Station | No Answer |
| 5-A 3 | 6128746821 | 9001775 | | 03/01/2006 15:44 | 0:28 | Station to Station | Caller Hung Up |
| 5-A 5 | 6128746821 | 9001775 | | 03/02/2006 18:51 | 2:42 | Station to Station | Caller Hung Up |
| 5-A 3 | 6128746821 | 9001775 | | 03/05/2006 16:00 | 1:14 | Station to Station | No Answer |
| 5-A 5 | 6127297507 | 9001775 | | 03/06/2006 18:50 | 6:48 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | | 03/06/2006 19:21 | 4:25 | Station to Station | Caller Hung Up |
| 5-A 3 | 6128746821 | 9001775 | | 03/08/2006 19:15 | 1:44 | Station to Station | Not Accepted |
| 5-A 3 | 6127297507 | 9001775 | | 03/08/2006 19:41 | 1:13 | Station to Station | Not Accepted |
| 5-A 5 | 6128718727 | 9001775 | | 03/08/2006 19:50 | 0:27 | Station to Station | LEC Block |
| 5-A 5 | 6127297507 | 9001775 | | 03/08/2006 19:51 | 0:55 | Station to Station | No Answer |
| 5-A 1 (TDY) | 6128746821 | 9001775 | | 03/08/2006 20:19 | 6:56 | Station to Station | Caller Hung Up |
| 5-A 4 | 6127066095 | 9001775 | | 03/10/2006 19:13 | 0:30 | Station to Station | Billing Block |
| 5-A 4 | 6127297507 | 9001775 | | 03/12/2006 12:00 | 0:57 | Station to Station | No Answer |
| 5-A 4 | 6128712221 | 9001775 | | 03/12/2006 12:05 | 0:53 | Station to Station | No Answer |
| 5-A 4 | 6128712221 | 9001775 | | 03/12/2006 12:24 | 0:54 | Station to Station | Incomplete Trunk |
| 5-A 4 | 6128746821 | 9001775 | | 03/12/2006 12:25 | 0:52 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 9001775 | | 03/12/2006 12:27 | 0:55 | Station to Station | No Answer |
| 5-A 2 | 6127297507 | 9001775 | | 03/12/2006 12:45 | 6:53 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128712221 | 9001775 | | 03/12/2006 13:41 | 0:55 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | | 03/12/2006 13:51 | 1:20 | Station to Station | Not Accepted |
| 5-A 4 | 6128746821 | 9001775 | | 03/12/2006 13:53 | 1:23 | Station to Station | Not Accepted |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-A 4 | 6128712221 | 9001775 | 03/12/2006 13:56 | 0:54 | Station to Station | No Answer |
| 5-A 2 | 6128746821 | 9001775 | 03/12/2006 19:05 | 7:52 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/13/2006 18:24 | 4:32 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/14/2006 13:41 | 0:24 | Station to Station | High Block |
| 5-A 4 | 6128712221 | 9001775 | 03/14/2006 13:43 | 8:04 | Station to Station | Caller Hung Up |
| 5-A 4 | 6127297507 | 9001775 | 03/14/2006 19:12 | 0:26 | Station to Station | Caller Hung Up |
| 5-A 3 | 6127297507 | 9001775 | 03/15/2006 16:50 | 11:44 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128718727 | 9001775 | 03/15/2006 16:53 | 0:26 | Station to Station | LEC Block |
| 5-A 4 | 6128746821 | 9001775 | 03/16/2006 12:05 | 0:24 | Station to Station | High Block |
| 5-A 3 | 6127297507 | 9001775 | 03/16/2006 18:42 | 1:08 | Station to Station | Not Accepted |
| 5-A 4 | 6127297507 | 9001775 | 03/16/2006 19:30 | 0:44 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 9001775 | 03/17/2006 17:29 | 13:45 | Station to Station | Caller Hung Up |
| 5-A 5 | 6127297507 | 9001775 | 03/18/2006 12:02 | 14:22 | Station to Station | Caller Hung Up |
| 5-A 1 (TDY) | 6127297507 | 9001775 | 03/18/2006 12:40 | 5:46 | Station to Station | Caller Hung Up |
| 5-A 4 | 812706695 | 9001775 | 03/19/2006 12:13 | 0:30 | Station to Station | Bad Number |
| 5-A 4 | 8127066095 | 9001775 | 03/19/2006 12:14 | 0:27 | Station to Station | Billing Block |
| 5-A 4 | 6127297507 | 9001775 | 03/19/2006 15:47 | 10:27 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746871 | 9001775 | 03/20/2006 13:51 | 0:20 | Station to Station | LEC Block |
| 5-A 4 | 6128746821 | 9001775 | 03/20/2006 16:42 | 0:25 | Station to Station | High Block |
| 5-A 5 | 6127297507 | 9001775 | 03/20/2006 18:46 | 0:40 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/20/2006 21:24 | 0:25 | Station to Station | High Block |
| 5-A 5 | 6128746821 | 9001775 | 03/22/2006 12:59 | 0:24 | Station to Station | High Block |
| 3-B 2 | 5072857370 | 9001775 | 03/23/2006 12:40 | 0:17 | Free | Three-Way Call |
| 5-A 1 (TDY) | 6127297507 | 9001775 | 03/24/2006 17:03 | 7:30 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/25/2006 15:52 | 0:57 | Station to Station | Not Accepted |
| 5-A 4 | 6128746821 | 9001775 | 03/25/2006 15:57 | 0:43 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/25/2006 16:54 | 0:42 | Station to Station | Incomplete Trunk |
| 5-A 4 | 6128746821 | 9001775 | 03/25/2006 17:02 | 11:24 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128718727 | 9001775 | 03/25/2006 17:14 | 0:26 | Station to Station | LEC Block |
| 5-A 4 | 6128718727 | 9001775 | 03/26/2006 11:45 | 0:25 | Station to Station | LEC Block |
| 5-A 4 | 6127297507 | 9001775 | 03/26/2006 11:46 | 0:44 | Station to Station | Incomplete Trunk |
| 5-A 4 | 6128746821 | 9001775 | 03/26/2006 11:47 | 0:40 | Station to Station | Incomplete Trunk |
| 5-A 4 | 6127297507 | 9001775 | 03/26/2006 12:09 | 0:39 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/26/2006 12:10 | 1:07 | Station to Station | Not Accepted |
| 5-A 4 | 6127297507 | 9001775 | 03/26/2006 12:24 | 0:41 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/26/2006 12:26 | 1:07 | Station to Station | Not Accepted |
| 5-A 4 | 6127297507 | 9001775 | 03/26/2006 13:01 | 0:45 | Station to Station | No Answer |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-A 4 | 6128746821 | 9001775 | 03/26/2006 13:03 | 1:10 | Station to Station | Not Accepted |
| 5-A 5 | 6127297507 | 9001775 | 03/26/2006 13:36 | 0:41 | Station to Station | No Answer |
| 5-A 5 | 6128746821 | 9001775 | 03/26/2006 13:38 | 1:13 | Station to Station | Not Accepted |
| 5-A 5 | 6128718721 | 9001775 | 03/26/2006 13:40 | 0:22 | Station to Station | LEC Block |
| 5-A 4 | 6127297507 | 9001775 | 03/26/2006 19:01 | 12:12 | Station to Station | Caller Hung Up |
| 5-A 1 (TDY) | 6128746821 | 9001775 | 03/27/2006 09:57 | 13:01 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/28/2006 12:13 | 8:05 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/29/2006 09:54 | 2:49 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/29/2006 16:26 | 0:39 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 9001775 | 03/29/2006 16:27 | 0:39 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 9001775 | 03/29/2006 16:29 | 0:38 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/29/2006 16:30 | 0:41 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/29/2006 17:32 | 0:36 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 9001775 | 03/29/2006 17:34 | 6:09 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/29/2006 18:03 | 0:38 | Station to Station | Incomplete Trunk |
| 5-A 5 | 6128746821 | 9001775 | 03/29/2006 18:09 | 1:50 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 03/30/2006 11:47 | 0:37 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/30/2006 13:00 | 2:56 | Station to Station | Caller Hung Up |
| 5-A 3 | 6128746821 | 9001775 | 03/30/2006 19:02 | 0:43 | Station to Station | No Answer |
| 5-A 5 | 6128746821 | 9001775 | 03/30/2006 19:08 | 0:39 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 03/30/2006 19:17 | 0:37 | Station to Station | No Answer |
| 5-A 3 | 6128746821 | 9001775 | 03/30/2006 19:42 | 9:42 | Station to Station | Caller Hung Up |
| 5-A 5 | 6127297507 | 9001775 | 03/31/2006 17:08 | 5:11 | Station to Station | Caller Hung Up |
| 5-A 6 | 6128746821 | 9001775 | 04/01/2006 19:05 | 0:41 | Station to Station | No Answer |
| 5-A 5 | 6127297507 | 9001775 | 04/01/2006 19:32 | 8:59 | Station to Station | Caller Hung Up |
| 5-A 4 | 6128746821 | 9001775 | 04/02/2006 16:58 | 0:37 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 04/02/2006 17:29 | 0:34 | Station to Station | No Answer |
| 5-A 4 | 6128746821 | 9001775 | 04/02/2006 18:01 | 0:34 | Station to Station | No Answer |
| 5-A 3 | 6128746821 | 9001775 | 04/02/2006 18:05 | 0:37 | Station to Station | No Answer |
| 5-A 3 | 6127297507 | 9001775 | 04/02/2006 18:06 | 0:38 | Station to Station | No Answer |
| 5-A 3 | 6128746821 | 9001775 | 04/03/2006 11:12 | 1:24 | Station to Station | Caller Hung Up |

Total Calls: 97   Total Minutes: 268:28

# Attachment 3

Name: INAMAGUAMERCHAN, MARIA

Booking No.:200600004198

| Location | Pod | Cell No | Category | Date In | Current/Date Out | Officer | Reason for Change |
|---|---|---|---|---|---|---|---|
| 5- HOSPITAL | HOSP | HXFR | 2- TO HOSPITAL | 04/03/2006 22:20 | Current Cell | BENNETT | 41- MEDICAL/PYSCH EVAL/TREATMENT |
| 2- ADC | 5A POD | 518A | GENERAL POP | 04/03/2006 16:10 | 04/03/2006 22:20 | JONESJIL | 32- INITIAL ROOM ASSIGNMENT |
| 2- ADC | 5A POD | 615A | GENERAL POP | 03/23/2006 07:59 | 04/03/2006 16:10 | CAUM | 34- ROOM CHANGE/RECLASSIFICATION |
| 2- ADC | 5A POD | 604A | GENERAL POP | 02/25/2006 00:55 | 03/23/2006 07:59 | YANG | 32- INITIAL ROOM ASSIGNMENT |
| 2- ADC | EN BOOK | OBA | OPEN BOOKING AREA | 02/24/2006 21:49 | 02/25/2006 00:55 | CHINN | INITIAL CELL |

CASE 0:09-cv-00838-ADM-SER    Doc. 37-5    Filed 10/07/09    Page 23 of 71

# Attachment 4

## Inmate Diary Report

04/04/2006 10:59

Inmate Name: INAMAGUAMERCHAN, MARIA          Booking No: 200600004198

Arrival Date: 02/24/2006     Date Booked: 02/24/2006     Location  5- HOSPITAL

---

Date: 02/25/2006 10:00     Warning: FYI                    Officer: DAVIS

Events: I/M WAS VERY UPSET THIS MORNING ABOUT WORRYING ABOUT HER MOM WHO IS ALSO HERE FOR INS. I MOVED HER MOM INTO A CELL WITH HER. THEY BOTH SEEMED A LOT HAPPIER.

**Inmate Diary Report**

**04/04/2006 10:59**

---

Inmate Name: INAMAGUAMERCHAN, MARIA          Booking No:  200600004198

Arrival Date: 02/24/2006     Date Booked: 02/24/2006      Location  5- HOSPITAL

---

Date:  04/03/2006 14:38       Warning:  FYI                    Officer:  CCAUMIAN

Events:  HIT HER HEAD ON HER BUNK AND HAS A SMALL KNOT. GAVE HER AN ICEPACK AND NOTIFIED THE NURSE TO SEE HER AT 1600. APPEARS TO BE OKAY.

## Inmate Diary Report

Page 1 of 1

**04/04/2006 10:59**

Inmate Name: INAMAGUAMERCHAN, MARIA        Booking No: 200600004198

Arrival Date: 02/24/2006        Date Booked: 02/24/2006        Location  5- HOSPITAL

---

Date: 03/22/2006 21:05        Warning: FYI                Officer: NIETING

Events: DURING A CELL INSPECTION I FOUND A POP BOTTLE AND CANDY IN CELL, WARNED NEXT
        TIME IT WOUDL BE A 23.

# Attachment 5

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

| DEPUTY SIGN-IN | DAY: _Monday_ | DATE: _4-3-06_ |
|---|---|---|

| 2300-0700 _Very_ | 0700-1500 _Podgurski_ | 1500-2300 |
| _Scheller_ | _Hoffman_ | |
| | 0800-1600 _Morgan_ | |

| 7040 | LEL | Inamaguamerchan Munein via Medics  # 2 |

OCT/04

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

| DEPUTY SIGN-IN | DAY: Tues | DATE: 4-4-06 |
| --- | --- | --- |

2300-0700  Scheller   0700-1500  Arffnow   1500-2300

Zimmerman   Podgorski

0800-1600  MORGAN

| TIME | AGENCY | |
| --- | --- | --- |
| 1130 | SC | ENAM ALUAN EMCHAN  TO  MRI |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

OCT/94

# Attachment 6

## Roby, Mary

**From:** Jones, Jill
**Sent:** Monday, April 03, 2006 10:01 PM
**To:** Roby, Mary
**Subject:** General

| C.N. (8 Digits) 06- 007945 | | | | **General Report** Ramsey County | | Sheriff's Office | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Month** April | **Date** 3rd | **Year** 2006 | **Time** 2041 | **City** St. Paul | **Offense** Medical-Head injury | **Be specific when calling Dispatch** | | | |
| **Location of call** 425 Grove Street, St. Paul, MN 55101 | | | | **LEC Location; POD, Booking, T/R etc.** 500 a pod | | **Date & time occurred** 4/03/06@2015 | | | |
| **Deputy / Correctional Officer** | | **Jill Jones** | | | | | | | |

**Note Details In Narrative**

| **Describe articles recovered** | N/A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Where item placed** | | | | | | | | | |

| | Photos taken | If YES "X" box | | Medical treatment | If YES "X" box | | Restraints applied | If YES "X" box | X |
|---|---|---|---|---|---|---|---|---|---|

| **"X" correct box** | | *If checked please explain in detail in narrative* | | | | | Chemical Agent used | If YES "X" box | |
|---|---|---|---|---|---|---|---|---|---|
| Suspect Victim | | Last name Inamaguamercha | First Maria | Middle | Address 2748 Chicago Ave Minneapolis mn | | D.O.B. 11/19/1975 | Race h | Sex back |
| Suspect Victim | | Last name | First | Middle | Address | | D.O.B. | Race | Sex black |
| Suspect Victim | | Last name | First | Middle | Address | | D.O.B. | Race | Sex |

**NARRATIVE**

On the above date and time I CO Jones was informed by CO Caumiant @1500 that inmate Inamaguamercha, Maria (D.O.B 11/19/1975) 2748 Chicago Ave. Minneapolis, mn had fallen from the top bunk and hit her head .An knot has formed on the back of her head and an ice pack was given to Inamaguamercha .Ico Jones was also Informed that Inmate Inamaguamercha would be seen by the nurse @1600. At 1608 Nurse Ericka seen Inmate Inamaguamercha, Maria and assessed her condition the inmate was given an ice pack and medication for the pain. I CO Jones was Then informed by nurse Ericka to monitor inmate Inamaguamerch condition. Inamaguamercha, Maria was monitor and had been vomiting clear liquids and wouldn't eat her dinner tray. At 2015 inmate Inamaguamercha, Maria was scene and assessed by nurse Ericka, Inmate Appeared very pale and somewhat unresponsive Sgt Roby was notified by Radio and arrived at the scene, also at the scene was nurse Kelli. Nurse Kelli assessed inmate's condition and checked her vitals .Sgt Roby called Central control and asked for an ambulance. When paramedics arrived Inmate Inamaguamercha,Maria was placed on cart and escorted to Regions Hospital.

4/3/2006

| Reviewing Supervisor Name | Badge | Reporting Officer | Badge 667 |
|---|---|---|---|

| C.N.    ( Digits )<br>06- | | General Report<br>Ramsey County                    Sheriff's Office | | Narrative cont'd<br>from page 1 |
|---|---|---|---|---|

| Month | Date | Year<br>2006 | Time | City<br>St. Paul | Offense | Be specific when calling Dispatch |
|---|---|---|---|---|---|---|

| Location of call<br>425 Grove Street, St. Paul, MN  55101 | LEC Location | Date & time occurred |
|---|---|---|

| Deputy / Correctional<br>Officer | | |
|---|---|---|

**NARRATIVE CONTINUED**

4/3/2006

# Attachment 7

CASE ID: 09-CV-00938-ADM-SER Doc# 1-1 Filed 10/07/09 Page 35 of 71

## Supplemental Report

**Ramsey County** — **Sheriff's Office**

| C.N. ( 8 Digits ) |
|---|
| 06- 007945 |

| Month | Date | Year | Time | City | Offense | Be specific when calling Dispatch |
|---|---|---|---|---|---|---|
| 04 | 04 | 2006 | 1559 | St. Paul | MEDICAL | |

**Location of call**
425 Grove Street, St. Paul, MN 55101

**LEC Location; POD, Booking, T/R etc.**
5A POD

**Date & time occurred**
04/03/06 1430 HOURS

**Deputy / Correctional Officer**   #668 CHERYL CAUMIANT

### Note Details In Narrative

**Describe articles recovered**

**Where item placed**

| Photos taken | If YES "X" box | | Medical treatment | If YES "X" box | | Restraints applied | If YES "X" box | |
|---|---|---|---|---|---|---|---|---|
| "X" correct box | *If checked please explain in detail* | | | | | Chemical Agent used | If YES "X" box | |

| | | Last name | First | Middle | Address | D.O.B. | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| Suspect | Victim | INAMAGUAMERCHA | MARIA | | 2748 CHICAGO AVE   MPLS, MN | 11/19/75 | HISP | F |
| Suspect | Victim | | | | | | | |
| Suspect | Victim | | | | | | | |

**NARRATIVE**

ON 04/03/06 AT APPROXIMATELY 1430 HOURS, I CO CHERYL CAUMIANT, WAS CALLED TO CELL #615A IN 5A POD BY CELL OCCUPANT CABRERACORDON, THELMA DOB 04/25/75 AND #614A NYGREN, KAYLA DOB 09/04/85, WHO WAS SWEEPING OUTSIDE OF CELL #614A, SAYING THAT HER CELLMATE #615A INAMAGUAMERCHA, MARIA DOB 11/19/75 HAD "HIT HER HEAD ON HER BED". I OPENED THE CELL DOOR FROM MY DESK, HEADED UP THE STAIRS AND ENTERED CELL #615A WHERE INMATE INAMAGUAMERCHA WAS SITTING ON THE BOTTOM BUNK BED WITH HER FEET ON THE TOP BUNK MATTRESS, CRYING AND HOLDING HER HEAD BETWEEN HER HANDS. INMATE NYGREN HAD BEEN THE FIRST INTO THE CELL AND HAD PULLED THE MATTRESS FROM THE TOP BUNK ONTO THE FLOOR IN ORDER TO BETTER ACCOMIDATE HER. MS INAMAGUAMERCHA HAD COMPLAINED OF A BAD HEADACHE ALL DAY AND HAD RETIRED TO HER CELL EARLY TO LAY DOWN. I EXAMINED MS INAMAGUAMERCHA'S HEAD AND FOUND A SMALL LUMP ON THE BACK OF [ ], NO CUTS OR BLEEDING. I SPOKE TO HER AND SHE REPSPONDED AND POINTED TO THE BUMP ON THE BACK OF HER HEAD. I RETRIEVED AND ICEP FROM THE DESK, PLACED IT ON HER HEAD AND COVERED IT WITH A COLD WASHCLOTH. DURING OUR CONVERSATION, INMATE INAMAGUAMERCHA SEEMED COHERENT ALTHOUGH SHE WAS STILL CRYING AND IN OBVIOUS PAIN FROM HER PREVIOUS HEADACHE AS WELL AS JUST HITTING HER HEAD. I OFFERED TO MOVE HER AND HER CELLMATE DOWNSTAIRS WHERE SHE WOULD BE CLOSER TO THE OFFICERS DESK BUT SHE DID NOT WANT TO MOVE AND I DID NOT PUSH THE ISSUE SINCE IT APPEARED TO BE NOTHING MORE THAN A BUMP ON THE HEAD INCIDENT. I TOLD HER I WOULD MAKE SURE THE NURSE SAW HER AT THE 1600 MED PASS AND BRING HER ANOTHER ICEPACK AND SOME MEDICATION. SHE APPEARED TO BE CALMING DOWN  AND I SUGGESTED SHE LEAN BACK AGAINST THE WALL WITH A PILLOW AND REST AND TOLD HER THE NURSE WOULD BE HERE SHORTLY WITH SOME ASPIRIN. SHE THANKED ME AND HER CELLMATE  MS CABRERA SAID SHE WOULD PUSH THE BUTTON IF ANYTHING ELSE HAPPENED. I THEN PHONED THE NURSE AND EXPLAINED THE SITUATION AND THE NURSE SAID SHE WOULD BE SEEN AT THE NEXT MED PASS AT 1600 HOURS. AT APPROXIMATELY 1500 HOURS I INFORMED CO JONES, JILL  OF THE SITUATION AND TO MAKE CERTAIN MS INAMAGUAMERCHA SAW THE NURSE AT THE 1600 MED PASS. I THEN LEFT 5A FOR MY NEXT POST. END  OF REPORT.

| Reviewing Supervisor Name | Badge | Reporting Officer | Badge |
|---|---|---|---|
| | | CHERYL CAUMIANT | 668 |

# Supplemental Report

CASE 0:09-cv-00857-ADM-SER Document 71-5 Filed 07/17/09 Page 36 of 71

| C.N. ( 8 Digits ) | | | Ramsey County | | | Sheriff's Office | |
|---|---|---|---|---|---|---|---|
| 06- 007945 | | | | | | | |
| Month | Date | Year | Time | City | Offense | Be specific when calling Dispatch | |
| 04 | 04 | 2006 | 1711 | St. Paul | MEDICAL | | |

| Location of call | LEC Location; POD, Booking, T/R etc. | Date & time occurred |
|---|---|---|
| 125 Grove Street, St. Paul, MN 55101 | 5A POD | 04/03/06 1430 HOURS |

| Deputy / Correctional Officer | #668 CHERYL CAUMIANT |
|---|---|

Note Details In Narrative

Describe articles recovered

Where item placed

| | Photos taken | If YES "X" box | | Medical treatment | If YES "X" box | | Restraints applied | If YES "X" box | |
|---|---|---|---|---|---|---|---|---|---|
| "X" correct box | If checked please explain in detail | | | | | | Chemical Agent used | If YES "X" box | |

| | | Last name | First | Middle | Address | D.O.B. | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| Suspect Victim | | INAMAGUAMERCHA | MARIA | | 2748 CHICAGO AVE MPLS, MN | 11/19/1975 | HISP | F |
| Suspect Victim | | Last name | First | Middle | Address | D.O.B. | Race | Sex |
| Suspect Victim | | Last name | First | Middle | Address | D.O.B. | Race | Sex |

NARRATIVE

CO CHERYL CAUMIANT #668 WORKED IN THE 5A POD TODAY, 04/04/06 FROM 0700 HOURS UNTIL 1500 HOURS. AT APPROXIMATELY 1430 HOURS I SPOKE TO INMATE #518A CABRERACORDON, THELMA REGARDING HER PREVIOUS CELLMATE #518A INAMAGUAMERCHA, MARIA REGARDING MARIA'S ACCIDENT AND JUST EXACTLY HOW SHE HIT HER HEAD AND ANYTHING ELSE SHE MIGHT BE WILLING TO TELL ME. MS CABRERA DEMONSTRATED TO ME IN THE CELL HOW MARIA WAS TRYIG TO CLIMB DOWN FROM THE TOP BUNK, HAD HER FOOT ON THE BOTTOM BUNK EDGE AND WAS LOWERING HERSELF DOWN WITH HER ARMS WHEN HER HANDS "JUST LET GO" AND SHE FELL BACKWARDS TO THE FLOOR. ACCORDING TO MS CABRERA HER HEAD DID NOT HIT THE DESK OR THE SINK "JUST FELL BACKWARDS TO THE FLOOR AND HIT HER HEAD". SHE ALSO TOLD ME OF MARIA'S MOTHER IN ECQUADOR WHO HAD "SURGERY ON HER BRAIN 4 YEARS AGO BECAUSE OF PORK MEAT AND EGGS OF BUGS INSIDE HER HEAD." AND THAT "SHE (MOTHER) DRINKS MEDICINE FOUR TIMES A DAY BUT SHE IS STILL VERY SICK." MS CABRERA ALSO TOLD ME THAT MARIA HAS BEEN HAVING A LOT OI HEADACHES AND THAT "TODAY WAS A VERY BAD HEAD ACHE". AND THAT MARIA SEEMED "OKAY AFTER SHE BUMPED HER HEAD AND WALKED DOWN THE STAIRS TO SEE THE NURSE AND EVERYTHING". AND LATER AFTER THEY WERE BOTH MOVED TO CELL #518A FROM CELL #615A SHE STARTED TALKING LIKE HER SISTER WAS SITTING BY HER AND ACTING REAL STRANGE." END OF REPORT.

| Reviewing Supervisor Name | Badge | Reporting Officer | Badge |
|---|---|---|---|
| | | CHERYL CAUMIANT | 668 |

# Attachment 8

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
Progress Notes

NAME: Inamaguamerchan, Maria          DOB: 11/19/75

| Date | Hour | Notes |
|------|------|-------|
| 3/5/06 | | Inmate reports that she has a hx of migraine h/a's Ø relieve by Tylenol or ASA. Will schedule eval č f/p — E Thompson NP |
| | | |
| | | ERROR |

Tlb 3/01/04 progress.doc

PAGE NO. 1

RAMSEY COUNTY
ADULT DETENTION CENTER
Progress Notes

NAME: Inamaguamerchan, Maria          DOB: 11-19-75

| Date | Hour | Notes |
|------|------|-------|
| 3-28-06 | | Inmate has fine reddened rash on skin of lower extremities. probably secondary to pant uniform rubbing on skin. Advised to either wear underwear under pants or wash pants c dreft soap. Will start on Benadryl X3days et Hydrocortisone 1% cream X5days and chartcheck to family Practise Clinic (Strand RN) |
| 3/31/06 | | Inmate continues to c/o rash. Arms and lower extremities present c red, raised rash. c/o pruritis. Will re-start Benadryl and Ibuprofen. See MD orders ——— Ella Thompson RN |
| 4/3/06 | 1600 | Inmate came to window during med rounds crying hysterically. Per intro interpreter inmate fell off top bunk and hit back of head at 1430 Inmate presents c 1/2 golf ball sized lump on back of head. ø O/As. Inmate c/o nausea. Denies vomiting. c/o h/a + dizzyness. A+O x 3. Inmate however confused when returning to cell (walked the wrong way down the hall) Hand grasps equal, string. Pupils PERRLA. Ibuprofen + ice pack given. Memo sent to pod to awaken inmate Q2° for 24° and if appears ↑ confused or is unable to easily arouse to call nurse or send to Regions See MD orders ——— Ella Thompson |
| 4/3/06 | 1930 | Inmate seen in pod. Unable to walk to nurse. Helped over by inmates x 2 + officer. Pale complexion c purple coloration under eyes. Inmate c ↓ LOC |

Tib 3/01/04 progress.doc

PAGE NO 2

RAMSEY COUNTY
ADULT DETENTION CENTER
Progress Notes

NAME: Tnamaguamenhan Maiig          DOB: 11/19/75

| Date | Hour | Notes |
|------|------|-------|
| 4/3/06 cont.. | | Ø responsive to commands - pinpoint pupils - Ø [but reactive] equal hand grasps - vomiting. B/P 90/64 P64. Sent to ER via medics. |
| 4/3/06 2100 | | Call to ER - inmate had CT which showed "something" - they were unable to verify 2° inmate moving around to much. Inmate Ø responding to voice commands. Plan to intubate her + re-do CT scan - most likely to be admitted _____ RN/G Thompson RN |

# Exhibit E

# CHRISTOPHER R. WALSH

ATTORNEY AT LAW

270 GRAIN EXCHANGE NORTH BUILDING

301 FOURTH AVENUE SOUTH

MINNEAPOLIS, MINNESOTA 55415

LICENSED TO PRACTICE IN:
MINNESOTA, COLORADO
AND WASHINGTON, D.C.

TELEPHONE: (612) 677-8300
TOLL FREE: (866) 333-1529

FACSIMILE: (612) 677-9300
EMAIL: walshlawfirm@mn.rr.com
WEBSITE: www.walshlawfirm.com

April 2, 2007

**VIA FACSIMILE & U.S. MAIL**

Patricia Leske, Claims Administrator
Ramsey County Attorney's Office
50 West Kellogg Blvd. Suite 315
St. Paul, MN 55102

Re:    Our Client:       Patricio Flores, husband of Maria Inamagua Merchan, deceased
       Date of Injury:   4/3/06
       Date of Death:    4/13/06

Dear Ms. Leske:

As you know, I represent Patricio Flores, surviving spouse of Maria Inamagua Merchan. This letter is your notice, pursuant to Minn. Stat. § 466.05 subd. 2, of Mr. Flores' legal claims for damages regarding the wrongful death of his wife. I also represent Mr. Flores as parent and guardian of his and Ms. Inamagua's minor daughter, Joanna, and other next of kin of Ms. Inamagua.

Ms. Inamagua (booking no. RCSO2006004198) was a detainee at the Ramsey County Adult Detention Center. U.S. Department of Immigration and Naturalization Officials ("INS") brought her there for detention in February 2006. While incarcerated, Ms. Inamagua had been complaining of headaches, lack of medical care and nourishment, and she lost weight. She was denied visitation and communication with family members. No Spanish translator was provided to respond to the concerns of her or her family members, who are Ecuadoran. Ramsey County negligently failed to provide her with adequate medical care or a translator. Ramsey County, the INS, ICE and others violated her civil rights. On Monday, April 3, 2006, Ms. Inamagua fell in her jail cell and sustained a serious head injury. Despite cries and calls for help from her and other detainees, witnesses say the jail ignored her, refused to provide her a doctor and ordered her back to her cell. Ramsey County and others grossly delayed and denied medical treatment, and failed to diagnose her medical condition, ultimately causing her death.

According to the General Report of Ramsey County Correctional Officer ("C.O.") Jill Jones, at about 3:00 p.m. C.O. Caumiant told C.O. Jones that inmate Inamagua "had fallen from the top bunk and hit her head," and that "a knot has formed on the back of her head." Records state that a jail nurse, Erica Thompson, R.N., did not see Ms. Inamagua until 4:08 p.m. An ice pack and

Ms. Leske
April 2, 2007
Page Two

headache medication were given and Ms. Inamagua was told to stay in her cell. Nurse Thompson told C.O. Jones to "monitor" the inmate's condition, but no medical attention was provided for another 4-5 hours. C.O. Jones noted that Maria was "vomiting clear liquids and wouldn't eat her dinner tray." The Jail records note that Ms. Inamagua was pale and "somewhat unresponsive." At about 8:15 p.m., she was assessed by Nurse Thompson and another nurse, "Kelli" who "checked her vitals." Sargeant Mary Roby then called for an ambulance and Ms. Inamagua was taken to Regions Hospital. Regions charted that the medics found her "not responsive." A head CT, and other diagnostics were performed, which showed lesions and trauma to the brain. Hydrocephalus (swelling of brain) and neurocysticercosis, (parasitic infection of the brain) were diagnosed at Regions, and medications were administered. Despite neurosurgery, brain shunts, and other life-saving measures, Maria died on April 13, 2007. Neurocysticercosis ("NCC") is the most common parasitic infection affecting the central nervous system in the world. It is easily treated with anti-parasitic medications. When a head trauma occurs NCC can become quickly symptomatic, and like any head injury, requires prompt medical treatment. Ramsey County jail was not properly equipped to detain, care for and communicate with immigrants. It housed DWI and misdemeanor suspects and short-term detainees who speak English. It did not provide proper health services, screening or reasonable medical care for its long term detainees accused of immigration violations or awaiting deportation.

Please reference my letters of April 10, 2006 and August 25, 2006, which previously notified Ramsey County of my representation and requested documents and information. We still have not received some of the requested records and information. When we have received all the detention records, medical records, bills, wage loss and other records, we will summarize the damage claims of the family and submit a settlement demand.

Very truly yours,

Christopher R. Walsh

CRW/lrc

c:    Patricio Flores
      Martha Urgiles

# Exhibit F

# CHRISTOPHER R. WALSH

### ATTORNEY AT LAW

FIFTH STREET TOWERS
100 SOUTH FIFTH STREET, SUITE 1025
MINNEAPOLIS, MINNESOTA 55402

LICENSED TO PRACTICE IN:
MINNESOTA, COLORADO
AND WASHINGTON, D.C.

TELEPHONE: (612) 767-7500
FACSIMILE: (612) 677-9300

TOLL FREE: (866) 333-1529
EMAIL: walshlawfirm@comcast.net
WEBSITE: www.walshlawfirm.com

April 6, 2009

<u>VIA FAX AND U.S. MAIL</u>

Patricia Leske
Office of the Ramsey County Attorney
50 West Kellogg Boulevard, Suite 560
St. Paul, MN 55102

Ramsey County Jail, Adult Detention Division
425 Grove Street
St. Paul, MN 55101

Re:     Our Client:        Patricio Flores, husband of Maria Iñamagua Merchan
        Date of Death:     4-13-06

Dear Sir or Madam:

As you know, I represent Patricio Flores, husband of Maria Iñamagua Merchan, and her next-of-kin. Ms. Iñamagua (booking no. RCSO2006004198) was an inmate at the Ramsey County Detention Center. U.S. Department of Homeland Security ("ICE") picked her up on a deportation order on or about February 24, 2006, and sent her to Ramsey County Adult Detention where she was in Ramsey County's custody from February 26 <sup>th</sup> to April 3, 2006. Ms. Iñamagua had been complaining of headaches, weight loss, and displaying other symptoms of neurocysticercosis while in detention. Jail nurses noted a "rash" on her legs and arms. She was denied adequate medical care, and upon information and belief was not provided a translator nor a doctor. She became disoriented, fell from her bunk bed, sustained a head injury on April 3, and later died. ICE, Ramsey County and others failed to diagnose and treat her medical conditions, both before and after the head injury, despite her symptoms, complaints and injuries.

Enclosed please find:

1.      Patient Authorization for Release of Medical Information; and
2.      Ramsey County Adult Detention "Progress Notes" dated 3-5-06 to 4-3-06.

The authorizations were signed by Ms. Iñamagua's husband, Patricio Flores. We have received records of Ms. Iñamagua's detention including the nurses' detailed progress notes during

Ramsey County Attorneys Office
Ramsey County Adult Detention Center
April 6, 2009
Page Two

Ms. Iñamagua's stay, however, the aforementioned nurses notes make reference to "scheduling and eval." for "migraines" [3-5-06], "chart check to Family Practice Clinic" [3-23-06] and reference "the MD's orders" [3-31-06]. Despite my medical authorizations sent to Ramsey County Adult Detention, Ramsey County and to you in my correspondence dated April 10, April 20, and August 25, 2006, the above referenced records have not been produced. Please identify the full names of the nurses and guards who cared for this patient. As guards or correction officers are the first persons who often hear medical complaints from inmates, they are also healthcare providers. We may bring a motion for spoliation of evidence if any of the records, identities of treating doctors, nurses or guards which I requested three years ago, has been lost or destroyed.

Please produce the information withheld or redacted from the records you previously sent us on August 25, 2006. Some of the jail records you sent were redacted, auspiciously under the MGDPA. However, the family is entitled to all information regarding the healthcare rendered to this patient.

Please advise specifically which doctors or clinics treated Ms. Iñamagua while in your facility, what and where is the "Family Practice Clinic" and who if anyone gave "evaluations" or "M.D. Orders" regarding Ms. Iñamagua. (See highlighted sections attached). Please provide all materials, records and notes that any medical doctors, nurses or healthcare professionals made while Ms. Iñamagua was under their care. If the jail doctors or medical doctors for ICE, Ramsey County, or any other facility were involved in the care and medical treatment of the Decedent, we are entitled to know that. I can certainly prepare another authorization if I know who the providers are, and I asked for this information almost three years ago. I need these records this week, so let me know if I must bring a motion, serve a subpoena or take some other legal action to get them.

Very truly yours,

Christopher R. Walsh

CRW/tpk

Enclosures

c:    Clients

## PATIENT AUTHORIZATION
## FOR RELEASE OF INFORMATION

TO: _Ramsey County Atny Office_  RE: _Maria Inamagua Merchan_

_50 West Kellogg Blvd,_  DOB: _11-19-75_

_Suite 560_  SSN: _N/A_

_St Paul, MN 55102_

This is your full and sufficient authorization, pursuant to Minn. Stat. §144.335, to release to **Christopher R. Walsh, Walsh Law Firm, 270 Grain Exchange North Bldg., 301 Fourth Avenue South, Minneapolis, Minnesota 55415**, their representatives or employees, all medical information (including but not limited to that which involves treatment for alcohol or drug abuse, sickle cell anemia, or mental health) maintained while I was a patient at your facility on any date, with the following exemptions: **None**.

This information may be disclosed to and used by the above firm for the purpose of litigation. I understand that authorizing the disclosure of this health information is voluntary. I need not sign this form in order to assure treatment, or payment of treatment. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

I understand I have the right to revoke this authorization at any time by sending written notice to the health care facility/provider noted above. I understand that any release of information made prior to my revocation in compliance with this authorization shall not constitute a breach of my rights to privacy. Unless otherwise revoked, this authorization will expire within one year of its date. **A photocopy of this authorization will be treated in the same manner as the original.**

X _Patricio Flores._                    _husband_
Signature of Patient/Guardian          Relationship to Patient

Date: _4/10/09_                         _deceased_
                                        Reason Patient Unable to Sign

I verify that the proceeding requiring this information is still pending and that information provided pursuant to this authorization will not be re-released for purposes not related to this proceeding.

_____
Signature of Party Requesting Information

Date: _4-6-09_

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
Progress Notes

NAME: Inamaguamerchan, Maria          DOB: 11/19/75

| Date | Hour | Notes |
|------|------|-------|
| 3/5/06 | | Inmate reports that she has a hx of migraine. h/a's relieve by Tylenol or ASA. will schedule eval c f/p S.Thompson |
| | | |
| | | ERROR |

TB 3/01/04 progress.doc

PAGE NO ___1___

RAMSEY COUNTY
ADULT DETENTION CENTER
Progress Notes

NAME: Inamaguamerchan, Maria         DOB: 11-19-75

| Date | Hour | Notes |
|---|---|---|
| 3-3?-06 | | Inmate has fine reddened rash on skin of lower extremities. probably secondary to pant uniform rubbing on skin. Advised to either wear underwear under pants or wash pants c̄ dreft soap. Will start on Benadryl X3days et Hydrocortisone 1% cream X5days and Chartcheck ⟨to Family Practise Clinic Strand RN⟩ |
| 3/31/06 | | Inmate continues to c/o rash. Arms and lower extremities present c̄ red, raised rash. c/o pruritis. Will re-start Benadryl and Ibuprofen. ⟨See MD orders⟩ —Eula Thompson RN |
| 4/3/06 | 1600 | Inmate came to window during med rounds crying hysterically. Per intr. interpreter inmate fell off top bunk and hit back of head at 1430 Inmate presents c̄ ½ golf ball sized lump on back of head. ∅ c/o. Inmate c/o nausea. Denies vomiting. c/o h/a + dizzyness. A+Ox3. Inmate however confused when returning to cell (walked the wrong way down the hall) Hand grasps equal, strong. Pupils PERRLA. Ibuprofen + ice pack given. Memo sent to pod to awake awaken inmate Q2° for 24° and if appears ↑ confused or is unable to easily arouse to call nurse or send to Regions ⟨See MD orders⟩ —Eula Thompson |
| 4/3/06 | 1430 | Inmate seen in pod. Unable to walk to nurse. Helped over by inmates x 2 + officer. Pale complexion c̄ purple coloration under eyes. Inmate c̄ ↓ LOC |

TB 3/01/04 progress.doc

PAGE NO. 2

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
Progress Notes

NAME: _Inamuguamenharg Mang_          DOB: _11/19/75_

| Date | Hour | Notes |
|------|------|-------|
| 4/3/06 cont.. | | Ø responsive to commands - pinpoint pupils - Ø equal hand grasps - vomiting. B/p 90/64 P64. Sent to ER via medics. |
| 4/3/06 2100 | | Called to ER - inmate had CT which showed "something" - they were unable to verify 2° inmate moving around to much. Inmat Ø responding to voice commands. Plan to intubate her + re-do CT scan - most likely to be admitted |
| | | _ell G Thompson_ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The 3/01/04 progress.fdoc

PAGE NO. _3_

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

**DEPUTY SIGN-IN**

| | DAY _Monday_ | DATE _4-3-06_ |

| 2300-0700 _Vox_ | 0700-1500 _Potgurski_ | 1500-2300 |
| _Scheffer_ | _Hoffman_ | |
| | 0800-1600 _Morgan_ | |

0401 ZEL Tnamasuamerchan Muinein via medics #2

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

| | DEPUTY SIGN-IN | | DAY TUES | DATE 4-26-06 |
|---|---|---|---|---|
| 2300-0700 | Scheller | 0700-1500 Elfman | 1500-2300 | |
| | Zimmerman | Podgurski | | |
| | | 0800-1600 MORGAN | | |

| TIME | AGENCY | |
|---|---|---|
| | | |
| 1130 | SC | FNAM ALUAN EMCHAN   TO   MRI |
| | | |

OCT/04

# Exhibit G

# CHRISTOPHER R. WALSH

### ATTORNEY AT LAW

FIFTH STREET TOWERS

100 SOUTH FIFTH STREET, SUITE 1025

MINNEAPOLIS, MINNESOTA 55402

LICENSED TO PRACTICE IN:
MINNESOTA, COLORADO
AND WASHINGTON, D.C.

TELEPHONE: (612) 767-7500

FACSIMILE: (612) 677-9300

TOLL FREE: (866) 333-1529

EMAIL: walshlawfirm@comcast.net

WEBSITE: www.walshlawfirm.com

April 22, 2009

**<u>VIA FAX AND U.S. MAIL</u>**

Darwin J. Lookingbill, Esq.
Deb Somdahi, Esq.
Patricia Leske, Esq.
Office of the Ramsey County Attorney
50 West Kellogg Boulevard, Suite 560
St. Paul, MN 55102

Re:    Patricio Flores, husband of Maria Iñamagua Merchan v. Ramsey County, et al.
       U. S. District Court File No.: 09-cv-838 JMR/SRN

Dear Sir and Madames:

Can you please respond to my letters dated April 6, 2009[1] and prior letters in 2006, by producing full medical records and identifying the clinics, doctors, nurses and healthcare workers who treated my client and dispensed her medication? It is a violation of HIPPA and other laws to withhold medical records and medical information when a valid request has been made. Ramsey County has withheld information relating to the medical treatment and the death of Maria Iñamagua Merchan. This has prejudiced our case, and prevented us from fully investigating this case. Because Ramsey County withheld the name of its "Family Practice Clinic," the names of jail doctors and nurses, the "M.D. Orders" and charts referred to in other records it produced, Plaintiffs were obstructed in their effort to correctly name and identify all the entities, clinics, doctors, nurses, healthcare providers and other potential defendants in the original lawsuit we filed on April 10, 2009 and served on the Ramsey County Defendants on April 13, 2009. As we stated in that lawsuit, when the unidentified parties and entities are produced, we will amend the Complaint to name them as Defendants and conform to the evidence contained in the missing and withheld medical records.

---

[1] Though Ramsey County Adult Detention was one of the addressees noted on that letter, we did not send it there. The April 6, 2009 letter was only sent to the Ramsey County Attorney's office. No communications have been made by this office with any represented party in this case, regarding the subject matter of this litigation. Prior to filing this lawsuit, basic correspondence was sent requesting medical records, personal property and other information relating to the detention of the deceased.

Ramsey County Attorney's Office
April 22, 2009
Page two

Under Federal Rule of Civil Procedure 15, the Amended Complaint will relate back in time to any "new" Defendants or "new" claims, so there really is no advantage in Ramsey County continuing to withhold this information. Equitable tolling and spoliation of evidence theories of law may apply here if the Court finds these delays prejudiced our case.

Very truly yours,

Christopher R. Walsh

c:    Clients

# Exhibit H

# OFFICE OF THE RAMSEY COUNTY ATTORNEY

Susan Gaertner, County Attorney

---

50 West Kellogg Boulevard, Suite 560 • St. Paul, Minnesota 55102-1556

Telephone (651) 266-3222 • Fax (651) 266-3032

**Civil Division**

April 28, 2009

**VIA FACSIMILE**
612-677-9300

Christopher R. Walsh
Attorney at Law
Fifth Street Towers
100 South Fifth Street, Suite 1025
Minneapolis, MN  55402

Re:    Patricio Flores, husband of Maria Iñamagua Merchan v. Ramsey County, et al.
        Court File No. 09-CV-838 JMR/SRN
        Our File No. 37735

Dear Mr. Walsh:

I have been assigned to handle the defense of the above-referenced matter on behalf of Ramsey County, including its named employees and departments.  I am in the process of preparing an answer and will have it to you within the time prescribed by the rules.  In reviewing the file, I see that you sent a letter dated April 22, 2009, referencing letters from 2006, seeking documentation and information relating to your client.  First, there is no current release in the file which would allow the County to provide medical information requested.  The only release I see is from 2006 and is now 2 years past the effective date.  Moreover, given the pending litigation, the proper procedure for requesting and providing this type of information is through discovery.  Ramsey County will provide responses to formal discovery requests.

Please contact me if you have any questions regarding the above.

Very truly yours,

Karen A. Kugler
Assistant Ramsey County Attorney
Direct:  (651) 266-3110

# Exhibit I

# OFFICE OF THE RAMSEY COUNTY ATTORNEY

Susan Gaertner, County Attorney

---

50 West Kellogg Boulevard, Suite 560 • St. Paul, Minnesota 55102-1556

Telephone (651) 266-3222 • Fax (651) 266-3032

**Civil Division**

May 1, 2009

**VIA FACSIMILE**
612-677-9300

Christopher R. Walsh
Attorney at Law
Fifth Street Towers
100 South Fifth Street, Suite 1025
Minneapolis, MN 55402

Re:    Patricio Flores, husband of Maria Iñamagua Merchan v. Ramsey County, et al.
       Court File No. 09-CV-838 JMR/SRN
       Our File No. 37735

Dear Mr. Walsh:

This letter is to confirm our conversation on today's date during which you agreed to allow the County and all of its employees 20 days past the date of service on the last known named defendant in which to provide a joint answer. I appreciate your courtesies in this regard.

In response to your inquiry regarding medical providers, the following individuals provided medical treatment and/or evaluation of Ms. Iñamagua while at the Ramsey County LEC: Nurse Erica Thompson, Nurse Corrine (a/k/a Chris) Strand and Dr. Greg Salmi, who is employed by Advanced Practice Solutions. Nurse Mary (a/k/a Kelly) Logan was also on duty the day Ms. Iñamagua was transferred to the hospital. It is unknown at this point whether or not she had any interaction with your client. Per our discussion, Ramsey County will not object to your amending the Complaint prior to the due date for the Answer so that it identifies the proper medical parties.

Also, as we discussed, I am not able to accept service on behalf of Ramsey County, any of its departments or employees. I recognize that you feel your process server has a right to talk with County employees as long as he or she is not engaging in substantive discussions. The County, however, takes an opposing viewpoint on this issue, as addressed in Mr. Lookingbill's letter to you dated April 22, 2009.

I will provide the requested medical records upon receipt of an executed release from your office.

Very truly yours,

Karen A. Kugler
Assistant Ramsey County Attorney
Direct: (651) 266-3110

cc:  Lonnie Bryan, U.S. Attorney's Office  (via facsimile 612 664-5788)

# Exhibit J

# OFFICE OF THE RAMSEY COUNTY ATTORNEY

Susan Gaertner, County Attorney

50 West Kellogg Boulevard, Suite 560 • St. Paul, Minnesota 55102-1556

Telephone (651) 266-3222 • Fax (651) 266-3032

**Civil Division**

May 4, 2009

Christopher R. Walsh
Attorney at Law
Fifth Street Towers
100 South Fifth Street, Suite 1025
Minneapolis, MN 55402

Re:    Patricio Flores, husband of Maria Iñamagua Merchan v. Ramsey County, et al.
       Court File No. 09-CV-838 JMR/SRN
       Our File No. 37735

Dear Mr. Walsh:

Enclosed please find the Ramsey County medical records pertaining to your client. These are the same records I attempted to e-mail in pdf format last Friday. I understand that the records you received were unintelligible.

Very truly yours,

Karen A. Kugler
Assistant Ramsey County Attorney
Direct: (651) 266-3110

Enc.

cc: Lonnie Bryan, U.S. Attorney's Office (w/ enc.)

NAME: _Inamaguan ichan, Maria_

RAMSEY COUNTY
ADULT DETENTION CENTER
DOCTOR'S ORDERS

DOB: _11-19-75_

ALLERGIES: _____

| Date | Hour | Notes |
|------|------|-------|
| 3/6/06 | | Robaxin 750mg bid x 50. |
| | | Ibuprofen 600mg bid x 50 |

TLBcor6/06

PAGE_____

RC 1

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
Doctor's Progress Notes

NAME: _Inamagua Meachan, Maria_          DOB: _11-19-75_

| Date | Hour | Notes |
|------|------|-------|
| 3/4/06 | | S - NA's x past 4 days or so |
| | | Back of head & around to front bilat |
| | | O - exp - PERRLA |
| | | tender to palpate bilat. — |
| | | periconial muscles. |
| | | A - Muscle contracture HA's |
| | | P - See orders. |

Tlb3/23/04

PAGE NO. _1_

RC 2

NAME: Inamagua amerchan Mavia

DOB: 11-19-75

ALLERGIES: NKA

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
**DOCTOR'S ORDERS**

| Date | Hour | Notes |
|------|------|-------|
| 3-23-06 | | Benadryl 25 mg cap ī bid X 3 days |
| | | Hydrocortisone 1% cream to rash on lower legs daily X5days |
| | | Dr. G Salmi/Strand, RN |
| | | |
| 3/31/06 | | Benadryl 25mg 1-2 caps po BID PRN X 7days |
| | | Hydrocortisone 1% cream BID PRN X 14 days |
| | | Erica Thompson RN |
| 4/3/06 | | Ibuprofen 800mg po BID PRN x 7 days |
| | | Ice pack PRN x 3 days, Abe Thompson RN |

TLBcor6/06

PAGE_____

RC3

## RAMSEY COUNTY INMATE MEDICAL REQUEST SLIP
### (Please Print)

Name: Maria Inamagua    Date of Birth 11-9-15  Room: 604

Medical Problem (Please briefly describe your problem): I have a rash all over my body They gave me some lotion last night but it didn't help

Medications you are taking: _____

Pharmacy/Drugstore you use: _____

| Signature | Date | Time |
|---|---|---|

Requests picked up once a day by nurse at the morning medication pass.
This request may have a $3.00 charge.

**RESPONSE**

Wash uniform in dreft water. Will give pills twice daily X 3 days and cream once daily X 5 days. Keep long underwear on under uniform pants or Keep pants washed with dreft water

Initial: _____ S  Date: 3-23-06

---

## RAMSEY COUNTY INMATE MEDICAL REQUEST SLIP
### (Please Print)

Name: Maria Inamagua    Date of Birth 11-9-75  Room: 604

Medical Problem (Please briefly describe your problem): I want to see the Doctor because I have migrane headaches and Tylnol or Asprin dont do anything for me

Medications you are taking: Tylenol

Pharmacy/Drugstore you use: _____

Maria Inamagua    3-5-06
| Signature | Date | Time |

Requests picked up once a day by nurse at the morning medication pass.
This request may have a $3.00 charge.

**RESPONSE**

Initial: _____  Date: _____

RC 4

Name Inamagua Merchen, Maria

DOB 11-19-75   Allergies

Page 67 of 71   Filed 10/07/09   Doc. 37-5   CASE 0:09-cv-00838-ADM-SER

| DOCUMENTATION | |
|---|---|
| **Time Given** | **Court** |
| (NR) = No Request | **Staff Initial** |
| (R) = Refused | DEP = Deputy |
| (W) = Wasted | |

Mar, 06

| PRESCRIPTION NAME / DOSAGE / TIMES | TIME GIVEN | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL) 325 mg. po. 2 tablets 4 x day as requested | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | ৭ | ৭ | | | | | | | | | | | | | | | | | |
| START        STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPIRIN 325 mg. po. 2 tablets 4 x day as requested | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START        STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robaxin 750 mg. Bid x 5d | (8) | →R | | | ⊢ | (R) | ⊢₂ | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | (20) | ৭ | ৭ | ৭ | (R) | ৭₂ | | | | | | | | | | | | | | | | | | | | | |
| START 3/6/06  STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 600 mg. Bio x 5d. | (8) | →R | | | ⊢ | (R) | ⊢₂ | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | (20) | ৭ | ৭ | ৭ | (R) | ৭ | ₂ | | | | | | | | | | | | | | | | | | | | |
| ART 3/6/06  STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hydrocortisone cream 1% to fine rash on legs x 5 days daily | (8) | | | | | | | | | | | | | | | | | | | | ৭ | ৭ | ৭ | ৭ | ⊢₂ | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | ML ৭ | | | | | |
| START 3/23  STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25 mg cap ↑ x 3 days bid | (8) | | | | | | | | | | | | | | | | | | | | | | | →৭ | ৭ | ৭ | ⊢₂ | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | (20) | | | | | | | | | | | | | | | | | | | | | | | →৭ M MLE | | | | |
| START 3/23/06  STOP 3/25/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Adult Detention Med Record 0204_a bv:n

NAME Ina_____ M____ Ma___     ROOM

Name __Inamagua Merchan, Maria__

DOB __11/19/75__ Allergies _____

CASE 0:09-cv-00838-ADM-SER    Doc. 37-5    Filed 10/07/09    Page 68 of 71

| DOCUMENTATION | |
|---|---|
| **Time Given** | Ⓤ = Court |
| Ⓝ🅡 = No Request | Staff Initial |
| Ⓡ = Refused | DEP = Deputy |
| Ⓦ = Wasted | |

| PRESCRIPTION NAME DOSAGE / TIMES | TIME GIVEN | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL) 325 mg. po. 2 tablets 4 x day as requested | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPIRIN 325 mg. po. 2 tablets 4 x day as requested | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25mg 1-2 caps po BID PRN x 7days START 3/31 STOP 4/7 | ⑧ | ЄT | ЄT | ЄT | BL | | | ← | | | | | | | | | | | | | | | | | | | |
| | 12 | 1 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| | ⑳ | | 2 | S2 | AS | | | ← | | | | | | | | | | | | | | | | | | | |
| Hydrocortisone 1% cream BID PRN x 14 days ТART 3/31 STOP 4/14 | ⑧ | ЄT | ЄT | ЄT | BN | | | | | | | | | | ← | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ⑳ | | S2 | S | bk | | | | | | | | | | ← | | | | | | | | | | | | |
| Ibuprofen 200mg po BID PRN x 7days | ⑧ | | | → | | | ← | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | ЄT | | | | | | | | | | | | | | | | | | | | | | |
| | ⑳ | | → | kp | | | ← | | | | | | | | | | | | | | | | | | | | |
| START / STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ice pack PRN x 3days | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | ЄT | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Adult Detention Med Record 0204_a bv:n

# Exhibit K

# OFFICE OF THE RAMSEY COUNTY ATTORNEY

Susan Gaertner, County Attorney



50 West Kellogg Boulevard, Suite 560 • St. Paul, Minnesota 55102-1556

Telephone (651) 266-3222 • Fax (651) 266-3032

**Civil Division**

May 20, 2009

Christopher R. Walsh
Attorney at Law
Fifth Street Towers
100 South Fifth Street, Suite 1025
Minneapolis, MN 55402

Re:    Patricio Flores, husband of Maria Iñamagua Merchan v. Ramsey County, et al.
Court File No. 09-CV-838 JMR/SRN
Our File No. 37735

Dear Mr. Walsh:

This letter is in response to your letter of May 19, 2009.   You are correct that I will not name individual employees of Ramsey County "who may be defendants in the above-entitled matter." It is not my responsibility, nor my obligation, to provide you with discovery in advance of formal requests.  Further, the "catch-22" you refer to applies equally to the County.  How can I name possible defendants when it is the County's position that none of its employees did anything wrong with respect to the care and treatment of Ms. Inamagua; there are no "possible defendants" in our opinion.

Regarding your request for more information on Dr. Salmi and Advanced Practice Solutions, you cite Minn. Stat. §144.651, Subd. 7 as your authority.  That statute does not apply to prisons, it applies to the rights of individuals in health care facilities.  For the sake of compromise and working together, I forwarded the medical records to you.  I also provided the name of the physician, and his employer, responsible for medical care in the Law Enforcement Center.  I believe I have more than fulfilled any obligation—to the extent that there is one—on this issue.  I am confident that you will have no difficulty in locating Dr. Salmi or Advanced Practice Solutions.

As previously stated, the Ramsey County Attorney's Office will be representing all County employees named in your lawsuit, including those not yet named.   Ramsey County will not be representing Dr. Salmi or Advanced Practice Solutions, should you decide to name them. Certainly, your process server has a right to serve any defendant and will engage in communication in that process.  That limited right of communication does not, however, extend beyond service.  I am not sure who from your office directed service of Ms. Erica Thompson.  If you are not already aware, there was a note on the summons which stated, "be sure to wish Erica a happy birthday when you serve this."  I would hope you find this as offensive as we did.

Christopher Walsh
Page 2
May 20, 2009

I understand there are a number of Ramsey County employees yet to be served. Based on our previous agreement, I will be providing a formal answer to the complaint on behalf of all Ramsey County agencies and employees upon complete service of named parties.

Very truly yours,

Karen A. Kugler
Assistant Ramsey County Attorney
Direct: (651) 266-3110

cc: Lonnie Bryan, U.S. Attorney's Office