UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricio Flores and Jose Encalada,
as Co-Trustees and Personal Representatives
for the next of kin of Maria Iñamagua Merchan,

Court File No. 09-CV-838
JMR/SRN

Plaintiffs,

**AFFIDAVIT OF KAREN KUGLER**

v.

The United States of America; et. al,

Defendants.

---

STATE OF MINNESOTA )
                            ) ss.
COUNTY OF RAMSEY )

Karen A. Kugler, affiant, having been duly sworn on oath states as follows:

1. I am an Assistant Ramsey County Attorney duly licensed to practice law in the State of Minnesota, license number 220462 and assigned to the above captioned matter.

2. I hereby attached true and correct copies of the following exhibits:

    A.    Christopher Walsh April 10, 2006 Letter to Ramsey County;

    B.    Final Autopsy Protocol Face Sheet and Death Certificate;

    C.    Christopher Walsh August 25, 2006 Letter to Patricia Leske;

    D.    Patricia Leske August 25, 2006 Letter to Christopher Walsh with Attachments 1-8;

    E.    Christopher Walsh April 2, 2007 Letter to Patricia Leske;

    F.    Christopher Walsh April 6, 2009 Letter to Patricia Leske;

    G.    Christopher Walsh April 22, 2009 Letter to Darwin Lookingbill;

    H.    Karen Kugler April 28, 2009 Letter to Christopher Walsh;

    I.    Karen Kugler May 1, 2009 Letter to Christopher Walsh;

    J.    Karen Kugler May 2, 2009 Letter to Christopher Walsh; and

    K.    Karen Kugler May 20, 2009 Letter to Christopher Walsh.

1

Further Affiant Sayeth Not.

_____
Karen A. Kugler

Subscribed and sworn to before me
this 7th day of October, 2009.

_____
Notary Public

DEMAREE BRAUN
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

2