UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Patricio Flores and Jose Encalada,
as Co-Trustees and Personal Representatives
for the next-of-kin of Maria Iñamagua
Merchan,

                                    Plaintiffs,

v.

The United States of America; The U.S.
Department of Homeland Security,
Immigrations and Customs Enforcement
("ICE"); Scott Baniecke, individually and in
his official capacity as Field Officer, ICE; an
Unknown Number of Unnamed and
Unknown Agents of ICE; The County of
Ramsey, Minnesota;
Robert Fletcher, individually and in his
official capacity as Sheriff of Ramsey
County; Ramsey County Adult Detention
Center; Ramsey County Sheriff's
Department; Robert Fletcher-Ramsey County
Sheriff; Ramsey County Department of
Health; Robert W. Fulton-Director of
Ramsey County Department of Health;
"XYZ" Family Practice Clinic; Ramsey
County Adult Detention "Family Practice
Clinic" and Unidentified Medical Clinics I-
V; Drs. John Doe or Jane Does I-V-
Unidentified Jailor Contract Medical
Doctors; Robert Moxley-Goldsmith,
individually and in his capacity as Head
Nurse; Erika Thompson, R.N., individually
and in her capacity as Jail Nurse;
Chris Strand, individually and in her capacity
as Jail Nurse; Kelli LNU, -- Unidentified Jail
Nurse; John Roe or Jane Roes-Unidentified

Case Type:  Civil Rights/
Wrongful Death/Medical
Malpractice

Court File No.  09-cv-838
JMR/SRN

**AFFIDAVIT OF
GREGORY H. SALMI, M.D.**

(identified in caption as Drs. John
Doe or Jane Does I-V-Unidentified
jailor Contract Medical Doctors
and "XYZ" Family Practice Clinic;
Ramsey County Adult Detention
"Family Practice Clinic" and
Unidentified Medical Clinics I-V )

Jail Nurses I-V; Mary Roby, individually and in her capacity as Ramsey County Housing Sergeant; Jill Jones, individually and in her capacity as Ramsey County Corrections Officer; T. Bennet, individually and in his capacity as Ramsey County Corrections Officer; Cheryl Caumiant, individually and in her capacity as Ramsey County Corrections Officer; John Poe or Jane Poes I-V-Unidentified Ramsey County Sheriffs, Deputies, Correctional Officers and Guards,

Defendants.

STATE OF MINNESOTA )
                      ) ss:
COUNTY OF HENNEPIN )

Gregory H. Salmi, M.D. being first duly sworn on oath, deposes and states as follows:

1.     In 2006, I was an employee of Advanced Practice Solutions and Medical Director responsible for medical direction of services provided by APS under its agreement with Ramsey County.

2.     I did not supervise any of the Ramsey County nurses named in this lawsuit.

3.     I examined Maria Iñamagua Merchan in person only once on Monday, March 6, 2006. There was an interpreter in the room during this examination.

4.     No Ramsey County nurse or employee ever contacted me between March 6, 2006 and April 12, 2006 concerning Ms. Merchan's medical condition.

2

5.    In March and April 2006, I examined patients at the Ramsey County Adult Detention Center on Monday Mornings.

6.    I countersigned the Ramsey County nurses' standing orders of 3/23/06, 3/31/06, and 4/3/06 during my regular Monday clinic only after the nurses had already implemented these orders.  The nurses did not contact me before implementing treatment and never informed me about Ms. Merchan's medical condition on these dates.

7.    In 2006, I was unaware of any ICE medical standards requiring that detainees receive a physical exam within 14 days of intake.

This concludes my affidavit.

Gregory H. Salmi, M.D.

Subscribed and sworn to before me
this 16th day of June, 2010.

s/ Jean C Dalton

Notary Public - Minnesota
My Commission Expires 1/31/15

JEAN C. DALTON
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

7339280.1

3