UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Patricio Flores and Jose Encalada, as Co-Trustees and Personal Representatives for the next-of-kin of Maria Iñamagua Merchan,<br><br>                    Plaintiffs,<br><br>v.<br><br>The United States of America; The U.S. Department of Homeland Security, Immigrations and Customs Enforcement ("ICE"); Scott Baniecke, individually and in his official capacity as Field Officer, ICE; an Unknown Number of Unnamed and Unknown Agents of ICE; The County of Ramsey, Minnesota; Robert Fletcher, individually and in his official capacity as Sheriff of Ramsey County; Ramsey County Adult Detention Center; Ramsey County Sheriff's Department; Robert Fletcher-Ramsey County Sheriff; Ramsey County Department of Health; Robert W. Fulton-Director of Ramsey County Department of Health; "XYZ" Family Practice Clinic; Ramsey County Adult Detention "Family Practice Clinic" and Unidentified Medical Clinics I-V; Drs. John Doe or Jane Does I-V-Unidentified Jailor Contract Medical Doctors; Robert Moxley-Goldsmith, individually and in his capacity as Head Nurse; Erika Thompson, R.N., individually and in her capacity as Jail Nurse; Chris Strand, individually and in her capacity as Jail Nurse; Kelli LNU, -- Unidentified Jail Nurse; John Roe or Jane Roes-Unidentified | Case Type:  Civil Rights/ Wrongful Death/Medical Malpractice<br><br>Court File No.  09-cv-838 JMR/SRN<br><br>**AFFIDAVIT OF MELISSA DOSICK RIETHOF**<br><br>(identified in caption as Drs. John Doe or Jane Does I-V-Unidentified jailor Contract Medical Doctors and "XYZ" Family Practice Clinic; Ramsey County Adult Detention "Family Practice Clinic" and Unidentified Medical Clinics I-V ) |

Jail Nurses I-V; Mary Roby, individually and in her capacity as Ramsey County Housing Sergeant; Jill Jones, individually and in her capacity as Ramsey County Corrections Officer; T. Bennet, individually and in his capacity as Ramsey County Corrections Officer; Cheryl Caumiant, individually and in her capacity as Ramsey County Corrections Officer; John Poe or Jane Poes I-V- Unidentified Ramsey County Sheriffs, Deputies, Correctional Officers and Guards,

      Defendants.

STATE OF MINNESOTA )
         ) ss:
COUNTY OF HENNEPIN )

  Melissa Dosick Riethof, being first duly sworn on oath, deposes and states as follows:

  1. I am one of the attorneys representing Defendants Gregory Salmi, M.D. and Advance Practice Solutions, P.A. in the above-entitled action.

  2. Attached hereto as Exhibit A is a true and correct copy of the Employment Agreement dated January 1, 2005.

  3. Attached hereto as Exhibit B is a true and correct copy of the Agreement Between Ramsey County and Advanced Practice Solutions, P.A. dated January 14, 2009.

  4. Attached hereto as Exhibit C is a true and correct copy of *Thomas W. Wales v. Dr. Tran, et al.*, No. 08-39, 2008 WL 4867699 (D. Minn. Nov. 4, 2008).

5.     Attached hereto as Exhibit D is a true and correct copy of *Henry L. Jackson v. The Federal Bureau of Prisons, et al.*, No. 06-1347, 2007 WL 843839 (D. Minn. Mar. 16, 2007).

6.     Attached hereto as Exhibit E is a true and correct copy of *George R. Studnicka v. A. Daniel Pinheiro, et al.*, No. 05-723, 2006 WL 1579876 (D. Minn. June 2, 2006).

7.     Attached hereto as Exhibit F is a true and correct copy of *Romero Silvian-Medrano v. Federal Bureau of Prisons, et al.*, No. CV 309-012, 2010 WL 768181 (S.D. Ga. Mar. 4, 2010).

8.     Attached hereto as Exhibit G is a true and correct copy of *Timothy Wayne Eddington, etc. v. Eldon Wyatt, et al.*, No. 8:09-cv-02669, 2010 WL 146297 (D.S.C. Jan. 11, 2010).

9.     Attached hereto as Exhibit H is a true and correct copy of *Justin Longmire v. Dr. Michael Carroll, et al.*, No. 3-06-CV-1503-P, 2006 WL 3542707 (N.D. Tex. Dec. 8, 2006).

10.    Attached hereto as Exhibit I is a true and correct copy of *Vernon Bonner v. Federal Bureau of Prisons, et al.*, No. 05-2892, 196 Fed. Appx. 447, 2006 WL 2404489 (C.A.8 (Minn. Aug. 22, 2006)).

This concludes my affidavit.

s/Melissa Dosick Riethof<br>Melissa Dosick Riethof

Subscribed and sworn to before me
this 29th day of June, 2010.


s/Robyn E. Setzer
Robyn E. Setzer
Notary Public - Minnesota
My Commission Expires Jan. 31, 2015

7309331.1