

April 22, 2009

**VIA FAX AND U.S. MAIL**

Darwin J. Lookingbill, Esq.
Deb Somdahl, Esq.
Patricia Leske, Esq.
Office of the Ramsey County Attorney
50 West Kellogg Boulevard, Suite 560
St. Paul, MN 55102

Re:   Patricio Flores, husband of Maria Iñamagua Merchan v. Ramsey County, et al.
      U. S. District Court File No.:  09-cv-838  JMR/SRN

Dear Sir and Madames:

Can you please respond to my letters dated April 6, 2009[1] and prior letters in 2006, by producing full medical records and identifying the clinics, doctors, nurses and healthcare workers who treated my client and dispensed her medication?  It is a violation of HIPPA and other laws to withhold medical records and medical information when a valid request has been made.  Ramsey County has withheld information relating to the medical treatment and the death of Maria Iñamagua Merchan. This has prejudiced our case, and prevented us from fully investigating this case.  Because Ramsey County withheld the name of its "Family Practice Clinic," the names of jail doctors and nurses, the "M.D. Orders" and charts referred to in other records it produced, Plaintiffs were obstructed in their effort  to correctly name and identify all the  entities, clinics, doctors, nurses, healthcare providers and other potential defendants in the original lawsuit we filed on April 10, 2009 and served on the Ramsey County Defendants on April 13, 2009.  As we stated in that lawsuit, when the unidentified parties and entities are produced, we will amend the Complaint to name them as Defendants and conform to the evidence contained in the missing and withheld medical records.

---

[1] Though Ramsey County Adult Detention was one of the addressees noted on that letter, we did not send it there.  The April 6, 2009 letter was only sent to the Ramsey County Attorney's office.  No communications have been made by this office with any represented party in this case, regarding the subject matter of this litigation.  Prior to filing this lawsuit, basic correspondence was sent requesting medical records, personal property and other information relating to the detention of the deceased.

DEPOSITION
EXHIBIT
Berg  14
9/14/10 LS

Ramsey County Attorney's Office
April 22, 2009
Page two

Under Federal Rule of Civil Procedure 15, the Amended Complaint will relate back in time to any "new" Defendants or "new" claims, so there really is no advantage in Ramsey County continuing to withhold this information. Equitable tolling and spoliation of evidence theories of law may apply here if the Court finds these delays prejudiced our case.

Very truly yours,

Christopher R. Walsh

c:      Clients

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
Doctor's Progress Notes

NAME: _Inamagua Meochan, Maria_          DOB: _11-19-75_

| Date | Hour | Notes |
|------|------|-------|
| 3/4/06 | | S – HA's x past 4 days in po. |
| | | Back of head & around to front, bilat. |
| | | O – sign – PERRLA |
| | | tender to palpate bilat. – |
| | | occipital muscle. |
| | | A – muscle contraction HA's. |
| | | P – See orders. |

DEPOSITION
EXHIBIT
Dr. Salmi 15
9/14/10 LS
PENGAD 800-681-6989

TB 3/23/04

Case 0:09-cv-00838-A..-SRN   Document 77-2   Filed 11/0_/09   Page 73 of 91

**RAMSEY COUNTY
ADULT DETENTION CENTER
DOCTOR'S ORDERS**

11-19-75

ALLERGIES: _____

| Date | Hour | Notes |
|------|------|-------|
| 3/4/06 | | Robaxin 750 mg bid x 5Ω |
| | | Ibuprofen 600 mg bid x 5Ω |

PAGE _____

TLBcor6/06

**RAMSEY COUNTY**

–111–

E: _Inamagua merchan Mavia_

B: 11-19-75

ALLERGIES: NKA

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
**DOCTOR'S ORDERS**

| Date | Hour | Notes |
|------|------|-------|
| 3-23-06 | | Benadryl 25 mg cap t bid X3 days |
| | | Hydrocortisone 1% cream to rash on lower legs daily X5days |
| | | Dr g Salmi/Strand, RN |
| | | |
| 3/31/06 | | Benadryl 25mg 1-2 caps po BID PRN X 7 days |
| | | Hydrocortisone 1% cream BID PRN X 14 days |
| | | Erica Thompson RN |
| | | |
| 4/3/06 | | Ibuprofen 800mg po BID PRN X 7 days |
| | | Ice pack PRN X 3 days, Dr E. Thompson RN |

TLBcor6/06

PAGE_____

# RAMSEY LEC MEDICATION SHEET

Name: _Inamagua Morlan Maria_

DOB: _11-16-75_    Allergies: _____

| DOCUMENTATION | | |
|---|---|---|
| NR = Time Given | Count | |
| R = No Request | Staff Initial | |
| W = Wasted | DEP = Deputy | 13 |

| PRESCRIPTION NAME DOSAGE | TIME GIVEN | DATES Mar 06 | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| START | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN (TYLENOL) 325 mg. po. 2 tablets 4 x day as requested | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPIRIN 325 mg. po. 2 tablets 4 x day as requested | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/6/06 Robaxin 750 mg. B10  X 5d. STOP | 8 | A | | X | T | LE | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/6/06 Ibuprofen 600 mg. B10  X 5d. STOP | 8 | A | LE | LE | LE | T | | | | | | | | | | | | S | S | S | | | | | | | |
| | 12 | | | | | T | LE | | | | | | | | | | | | S | S | B | ML3 | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/6/06 Hydro antispas cream app to the rash 2 lmgs x 5 days STOP | 8 | | A | LE | LE | LE | LE | | | | | | | | | | | | S | S | L | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/23 Benadryl 25mg cap ↑ STOP 3/25/06 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | |

*dult Detention Med Record 0204_a bwn

NAME _Inamacua Morlan Maria_        ROOM - __

RAMSEY COUNTY

# RAMSEY LEC... ...CATION SHEET

Name: Inmaqua Merchan, Maia

DOB: 11/19/75    Allergies:

RAMSEY COUNTY

**DOCUMENTATION**
CT = Court
NR = No Request
R = Refused
W = Wasted

EI = Court
Staff Initial
DEP = Deputy

| PRESCRIPTION NAME | TIMES | TIME GIVEN | DATES |
|---|---|---|---|
| ACETAMINOPHEN (TYLENOL) 325 mg. po. 2 tablets 4 x day as requested | | 8 12 16 20 | |
| ASPIRIN 325 mg. po. 2 tablets 4 x day as requested. | | 8 12 16 20 | |
| START | STOP | 8 12 16 20 | |
| Benadryl 25mg 1-2 caps po BID PRN x 7 days | START 3/3 STOP 4/3 | 8 12 16 20 | April 06 |
| Hydrocortisone 1% cream BID PRN x 14 days | START 3/31 STOP 4/14 | 8 12 16 20 | |
| Ibuprofen 800mg po BID PRN x 7days | START 3/31 STOP 4/14 | 8 12 16 20 | |
| Ice pack PRN x 3 days | START | STOP | 8 12 16 20 | |

Adult Detention Med Record 0204_a.bvn

NAME   Inmaqua Merchan, Maia

DOB   618 A

**Roby, Mary**

| | |
|---|---|
| **From:** | Jones, Jill |
| **Sent:** | Monday, April 03, 2006 10:01 PM |
| **To:** | Roby, Mary |
| **Subject:** | General |

## General Report

| C.N.   ( 8 Digits )        06- 007945 | **Ramsey County** | **Sheriff's Office** |
|---|---|---|

| Month | Date | Year | Time | City | Offense   *Be specific when calling Dispatch* |
|---|---|---|---|---|---|
| April | 3rd | 2006 | 2041 | St. Paul | Medical-Head injury |

| Location of call

425 Grove Street, St. Paul, MN 55101 | LEC Location;  POD, Booking, T/R etc.

500 a pod | Date & time occurred

4/03/06@2015 |
|---|---|---|

| Deputy / Correctional Officer | Jill Jones | |
|---|---|---|

**Note Details In Narrative**

| Describe articles recovered | N/A |
|---|---|
| Where item placed | |

| | Photos taken | If YES "X" box | | Medical treatment | If YES "X" box | | Restraints applied | If YES "X" box | x |
|---|---|---|---|---|---|---|---|---|---|

| "X" correct box | *If checked please explain in detail in narrative* | | | Chemical Agent used | If YES "X" box | |
|---|---|---|---|---|---|---|

| Suspect Victim | Last name Inamaguamercha | First Maria | Middle | Address 2748 Chicago Ave Minneapolis mn | D.O.B. 11/19/1975 | Race h | Sex back |
|---|---|---|---|---|---|---|---|
| Suspect Victim | Last name | First | Middle | Address | D.O.B. | Race | Sex black |
| Suspect Victim | Last name | First | Middle | Address | D.O.B. | Race | Sex |

**NARRATIVE**

On the above date and time I CO Jones was informed by CO Caumiant @1500 that inmate Inamaguamercha, Maria (D.O.B 11/19/1975) 2748 Chicago Ave. Minneapolis, mn had fallen from the top bunk and hit her head . An knot has formed on the back of her head and an ice pack was given to Inamaguamercha . Ico Jones was also Informed that Inmate Inamaguamercha would be seen by the nurse @1600. At 1608 Nurse Ericka seen Inmate Inamaguamercha, Maria and assessed her condition the inmate was given an ice pack and medication for the pain. I CO Jones was Then informed by nurse Ericka to monitor inmate Inamaguamerch condition. Inamaguamercha, Maria was monitor and had been vomiting clear liquids and wouldn't eat her dinner tray. At 2015 inmate Appeared very pale and somewhat unresponsive Sgt Roby was notified by Radio and arrived at the scene, also at the scene was nurse Kelli. Nurse Kelli assessed inmate's condition and checked her vitals .Sgt Roby called Central control and asked for an ambulance. When paramedics arrived Inmate Inamaguamercha,Maria was placed on cart and escorted to Regions Hospital.

**Facility Inspection Report Issued By The Minnesota Department of Corrections Pursuant to MN Statute 241.021, Subdivision**

Inspection and Enforcement Unit, 1450 Energy Park Drive, Suite 200, St. Paul, MN 55108
Telephone: 651-642-0330   Fax: 651-642-0314   Email: le@co.doc.state.mn.us

## INSPECTION DETAILS

**Inspection Type:** Biennial

**Inspected By:** Diane Grinde, Senior Detention Facility Inspector

**Inspection Method:** facility tour, staff interviews, employee and resident file reviews, related documentation reviews

**Facility:** Ramsey County ADC

**On:** 11/02/2005

**Address:** 425 Grove Street, St. Paul, MN 55101

MN Rules
Under 2911   Local Adult Detention Facilities

**Officials Present:** Lt. Mike Vodovoz
**Exit Interview Conducted With:** Jail Administrator Dimitri Burroughs, Lt. Mike Vodovoz, Tim Hausken
**Report Issued To:** County Board of Commissioners, Sheriff Bob Fletcher, Jail Administrator Dimitri Burroughs

## RULE COMPLIANCE SUMMARY

| Chapter | Typ | Total Applicable | Not In Compliance | Compliance With Concerns | Total In Compliance | Compliance Rating | Substantial Compliance Result | Criteria |
|---|---|---|---|---|---|---|---|---|
| 2911 | Essential Mandator | 113 94 | 0 0 | 0 0 | 113 94 | 100.00% 100.00% | yes | compliance rating of 100 percent on rules labeled mandatory and 90 percent compliance on all other items in this chapter labeled essential |

## TERMS OF OPERATION

**Authority To Operate:** approval
**Placed on Biennial**
**Licensee:** Not Applicable

Biennial Status Annual Compliance Form Due 11/30/2006

**Begins** 12/01/2005   **Ends On:** 11/30/2007   **Facility Class:** Class V -Adult Detention Center   # of Licenses Issued: 0

Delinquent Juvenile Hold   no approval

**Special Conditions:** None
**Other:**
**SRR:**
**Other Authorization Issues:** None

| Capacity | Approved Type | Gender | Bed Details | Condition | Operational | Variance | Changes | Conditions |
|---|---|---|---|---|---|---|---|---|
| 471 | Secure | coed | None | None | 447.45 (95.00%) | 0 None | None | None |

*Operational Capacity is calculated as a percent of Approved Capacity beds; Approved Capacity is inclusive of Variance Capacity

*per policy, form will be mailed three months in

### Variances

MN Rule 2911.3200   INMATE VISITATION.   Item I -any area used for inmate visiting not be subject to audio monitoring

Apr 07 2009 CASE 0:09-cv-00838-ADM-SER Doc. 248 Filed 10/06/10 Page 10 of 45    P.6
Case 0:09-cv-00838-_R-SRN Document 77-3 Filed 11/_09 Page 44 of 66
6126779300

RAMSEY COUNTY
ADULT DETENTION CENTER

Progress Notes

NAME: _Inamaguamerchan, Maria_          DOB: _11/19/75_

| Date | Hour | Notes |
|------|------|-------|
| 3/5/06 | | Inmate reports that she has a hx of migraine has relieve by Tylenul or ASA. Will schidule eval & f/p D.S. Thompson npc |
| | — | |
| | | ERROR |

DEPOSITION
EXHIBIT
Dr. Salm. 16
9/14/10 LS

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
Progress Notes

NAME: Inamagu amerchan Maria

DOB: 11-19-75

| Date | Hour | Notes |
|------|------|-------|
| 3-31-06 | | Inmate has fine reddened rash on skin of lower extremities probably secondary to pant uniform rubbing on skin. Advised to either, wear underwear under pants or wash pants c dreft soap. Will start on Benadryl X3 days et Hydrocortisone 1% cream X5 days and chart check To family Practise Clinic □ and RN |
| 3/31/06 | | Inmate continues to c/o rash. Arms and lower extremities present c red, raised rash. c/o pruritis. Will re-start Benadryl and Ibuprofen. See MD orders. — Erica Thompson RN |
| 4/3/06 | 1600 | Inmate came to window during med rounds crying hysterically. Per intrp interpreter inmate fell off top bunk and hit back of head at 1430. Inmate presents c 1/2 golf ball sized lump on back of head. ø O/As. Inmate c/o nausea. Denies vomiting. c/o h/a + dizzyness. A+Ox3. Inmate however confused when returning to cell (walked the wrong way down the hall) Hand grasps equal, strong. Pupils PERRLA. Ibuprofen + ice pack given. Memo sent to pod to awoke awaken inmate Q2° for 24° and if appears ↑ confused or is unable to easily arouse to call nurse or send to Regions See MD orders — Erica Thompson |
| 4/3/06 | 1930 | Inmate seen in pod. Unable to walk to nurse. Helped over by inmates x 2 + officer. Pale complexion c purple coloration under eyes. Inmate c ↓ LOC. |

TTa 3/0304 progress.doc

Apr 07 2009 1:33PM WALSH LAW FIRM 6126779300 P.8
CASE 0:09-cv-00838-ADM-SER Doc. 248 Filed 10/06/10 Page 12 of 45
Case 0:09-cv-00838-?-SRN Document 77-3 Filed 11/?/09 Page 46 of 66

**RAMSEY COUNTY**
**ADULT DETENTION CENTER**
Progress Notes

NAME: Inamaguanamhaz Maria     DOB: 11/19/75

| Date | Hour | Notes |
|------|------|-------|
| 4/3/06 cont.. | | Ø responsive to commands – pinpoint pupils – Ø but active equal hand grasps – vomiting. B/p 90/64 P64. Sent to ER via medics. |
| 4/3/06 2100 | | Called to ER – inmate had CT which showed "something" – they were unable to verify 2° inmate moving around to much. Inmate Ø responding to voice commands. Plan to intubate her + re-do CT scam – most likely to be admitted.    EM/G Thompson RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The 161104 progress.doc

PAGE NO. 3

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

### DEPUTY SIGN-IN

| DAY: | DATE: |
| --- | --- |

| 2300-0700 | 0700-1500 | 1500-2300 |
| --- | --- | --- |
| | | |
| | | |
| 0800-1600 | Morrow | |

0440  ZEC  Enamaguamerchan Minein via Medics  #2

APR 07 2009 1:32PM    WALSH LAW FIRM    6126779500    P.10

CASE 0:09-cv-00838-ADM-SER   Doc. 248   Filed 10/06/10   Page 14 of 45
Case 0:09-cv-00838-   R-SRN   Document 77-3   Filed 11/  09   Page 48 of 66

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

**DEPUTY SIGN—IN**

| | | DAY | | DATE | |
|---|---|---|---|---|---|

| 2300—0700 | 0700—1500 | 1500—2300 |
|---|---|---|

| 0800—1600 | MORGAN |

| TIME | AGENCY | |
|---|---|---|
| | | |
| 1130 | SC | ENAMALUANEMCHIN    TO    MRE |
| | | |

OCT-18-2006  13:50        JAIL ADMIN.                                    6512669351    P.16

## RAMSEY COUNTY INMATE MEDICAL REQUEST SLIP
*(Please Print)*

Name: Maria Inamagua          Date of Birth 11-19-75  Room: 604

Medical Problem *(Please briefly describe your problem):* I want to see the Doctor because I have migrane headaches and Tylnol or Aspron dont do anything for me

Medications you are taking: Tylenol

Pharmacy/Drugstore you use: _____

Maria Inamagua                    3-5-06
Signature                          Date            Time

*Requests picked up once a day by nurse at the morning medication pass.*
*This request may have a $3.00 charge.*

**RESPONSE**

---

## RAMSEY COUNTY INMATE MEDICAL REQUEST SLIP
*(Please Print)*

Name: Maria Inamagua          Date of Birth 11-19-15  Room: 604

Medical Problem *(Please briefly describe your problem):* I have a rash all over my body They gave me some lotion last night but it didnt help

Medications you are taking: _____

Pharmacy/Drugstore you use: _____

_____                    _____
Signature                          Date            Time

*Requests picked up once a day by nurse at the morning medication pass.*
*This request may have a $3.00 charge.*

**RESPONSE** Wash uniform in dreft water. Will give pills twice daily x 3 days and cream once daily x 5 days Keep long underwear on under uniform pants or keep pants washed with dreft water s

Initial: _____  Date: 3-23-96



DEPOSITION EXHIBIT
Dr. Salmi 17
9/14/10 LS

000258

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Patricio Flores and Jose Encalada,
as Co-Trustees and Personal Representatives
for the next-of-kin of Maria Iñamagua
Merchan,

**Case Type:** Civil Rights/
Wrongful Death/Medical
Malpractice

Court File No. 09-cv-838
JMR/SRN

                      Plaintiffs,

v.

The United States of America; The U.S.
Department of Homeland Security,
Immigrations and Customs Enforcement
("ICE"); Scott Baniecke, individually and in
his official capacity as Field Officer, ICE; an
Unknown Number of Unnamed and
Unknown Agents of ICE; The County of
Ramsey, Minnesota;
Robert Fletcher, individually and in his
official capacity as Sheriff of Ramsey
County; Ramsey County Adult Detention
Center; Ramsey County Sheriff's
Department; Robert Fletcher-Ramsey County
Sheriff; Ramsey County Department of
Health; Robert W. Fulton-Director of
Ramsey County Department of Health;
"XYZ" Family Practice Clinic; Ramsey
County Adult Detention "Family Practice
Clinic" and Unidentified Medical Clinics I-
V; Drs. John Doe or Jane Does I-V-
Unidentified Jailor Contract Medical
Doctors; Robert Moxley-Goldsmith,
individually and in his capacity as Head
Nurse; Erika Thompson, R.N., individually
and in her capacity as Jail Nurse;
Chris Strand, individually and in her capacity
as Jail Nurse; Kelli LNU, -- Unidentified Jail
Nurse; John Roe or Jane Roes-Unidentified

**AFFIDAVIT OF
GREGORY H. SALMI, M.D.**

(identified in caption as Drs. John
Doe or Jane Does I-V-Unidentified
jailor Contract Medical Doctors
and "XYZ" Family Practice Clinic;
Ramsey County Adult Detention
"Family Practice Clinic" and
Unidentified Medical Clinics I-V )



DEPOSITION
EXHIBIT 18
Dr Salmi
9/14/10 LS
PENGAD 800-631-6989

Jail Nurses I-V; Mary Roby, individually and
in her capacity as Ramsey County Housing
Sergeant; Jill Jones, individually and in her
capacity as Ramsey County Corrections
Officer; T. Bennet, individually and in his
capacity as Ramsey County Corrections
Officer;
Cheryl Caumiant, individually and in her
capacity as Ramsey County Corrections
Officer; John Poe or Jane Poes I-V-
Unidentified Ramsey County Sheriffs,
Deputies, Correctional Officers and Guards,

Defendants.

---

STATE OF MINNESOTA )
                 ) ss:
COUNTY OF HENNEPIN )

       Gregory H. Salmi, M.D. being first duly sworn on oath, deposes and states as

follows:

       1.     In 2006, I was an employee of Advanced Practice Solutions and Medical

Director responsible for medical direction of services provided by APS under its

agreement with Ramsey County.

       2.     I did not supervise any of the Ramsey County nurses named in this lawsuit.

       3.     I examined Maria Iñamagua Merchan in person only once on Monday,

March 6, 2006. There was an interpreter in the room during this examination.

       4.     No Ramsey County nurse or employee ever contacted me between March

6, 2006 and April 12, 2006 concerning Ms. Merchan's medical condition.

2

5.     In March and April 2006, I examined patients at the Ramsey County Adult Detention Center on Monday Mornings.

6.     I countersigned the Ramsey County nurses' standing orders of 3/23/06, 3/31/06, and 4/3/06 during my regular Monday clinic only after the nurses had already implemented these orders. The nurses did not contact me before implementing treatment and never informed me about Ms. Merchan's medical condition on these dates.

7.     In 2006, I was unaware of any ICE medical standards requiring that detainees receive a physical exam within 14 days of intake.


This concludes my affidavit.

Gregory H. Salmi, M.D.


Subscribed and sworn to before me
this /6ᵗʰ day of June, 2010.

s/ Jean C Dalton

Notary Public - Minnesota
My Commission Expires  1/31/15

JEAN C. DALTON
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

7339280.1

3

 # RAMSEY COUNTY SHERIFF'S OFFICE

 

State ID

Arrest Date 2/24/2006

Booking Number   RCSO2006004198
MasterKey        RCSO9001775

## INAMAGUAMERCHAN, MARIA
AKA:

| Age | 30 | DOB | 11/19/1975 | Hair Color | BLACK | Hair Length | LONG |
| Sex | FEMALE | Race | HISPANIC | Eye Color | BROWN | CorrVis | NO |
| Height | 60 | Weight | 125 | Facial Hair | B: NONE M: S: | Complxn | LT-BROWN |
| S/M/T/P | | | | | | | |

### Charges

F- HD O/AUTHORITY

### Comments



DEPOSITION EXHIBIT

### Contact

04 Apr 200 - 11:20:03   @   SDH48468                    FOR LAW ENFORCEMENT USE ONLY

 # RAMSEY COUNTY SHERIFF'S OFFICE

 

State ID

|  | Arrest Date | 2/24/2006 |
|---|---|---|
| Booking Number | RCSO2006004198 | |
| MasterKey | RCSO9001775 | |

## INAMAGUAMERCHAN, MARIA
AKA:

| Age | 30 | DOB | 11/19/1975 | Hair Color | BLACK | Hair Length | LONG |
|---|---|---|---|---|---|---|---|
| Sex | FEMALE | Race | HISPANIC | Eye Color | BROWN | CorrVis | NO |
| Height | 60 | Weight | 125 | Facial Hair | B: NONE M: S: | Complxn | LT-BROWN |
| S/M/T/P | | | | | | | |

*Charges*

F- HD O/AUTHORITY

*Comments*

*Contact*

04 Apr 200 -   11:20:03   @   SDH48468

FOR LAW ENFORCEMENT USE ONLY



**Name:** INAMAGUAMERCHAN, MARIA      **M Status:** M      **DOB:** 11/19/1975
**Race:** HISPANIC            **Sex:** F      **Age:** 30.39      **Home Phone:** (612) 871-8757
**SSN:**    - -            **DLN:**            **Work Phone:** (  )  -
**Weight:** 125   **Height:** 5 ft.0   in. **Hair Color:** BLACK      **Hair Type:** STRAIGHT      **Facial Hair:**
**Build:** SLENDER       **Eye Color:** BROWN   **Complexion:** LIGHT BROWN   **Ident #:** 9001775
**Birth Place:**            **State:**      **Country:** ECUADOR
**Comments:** A76407047


**Special
Notes:**


**Date Booked:**     02/24/2006 22:26     **Booking Number:** 200600004198
**Status:**     In Custody  as of 04/04/2006 10:59

**Address:**   2748 CHICAGO AVE


        MINNEAPOLIS        MN

04/04/2006 10:58

# Inmate Charges

Page 1 of 1

Name: INAMAGUAMERCHAN, MARIA
Booking No.:200600004198

| | |
|---|---|
| Reason Held: | 3- IN TRANSIT |
| Charge Type: | BOARDER/IMMIGRATION |
| Statute No: | ARREST |
| Hold? | YES |
| Charge: | IMMIGRATION VIOLATION- FELONY [F- IMMIGRATION][03] |
| Disposition: | ARRESTED |
| Status: | PENDING |

Reason Held: 3- IN TRANSIT          City Of Violation:UNKNOWN

Charge Type: BOARDER/IMMIGRATION          Date Arrested: 02/24/2006 21:40

Statute No: ARREST          Counts: 0          Class: F

Hold? YES          Hold for which county? BOARDER/IMMIGRATION

Charge: IMMIGRATION VIOLATION- FELONY [F- IMMIGRATION][03]

Disposition: ARRESTED          Charge Dispo:

Status: PENDING          TCIS Case #:

Arraignmt Date: 00/00/0000 00:00          Bond Hearing Date: 00/00/0000 00:00

Bond Amt: $.00          Posted:          Bond No.:

Bondsman:          Bond Type:

Plea:          Ajudicated:

Location: AD          Offense Code:

Complaint No.: 00000000          Judge:          Citation#:

Domestic Viol.: NO

Victim:          Victim Relationship:

Victim Address:

Phone: ( )   -

Victim Employer: A76407047          Emp. Phone: ( )   -

## 48 Hour Rule Review Date: 00/00/0000 00:00

## 48 Hour Rule Review Judge:

Arresting Officer: IMMIGRATION          Arresting Agency: IMMIGRATION

Comments:

Booked On/By:02/24/2006 21:49 CHINN          Updated On/By: 03/14/2006 17:00   SANDQUIS
Charges Added On/By: 02/24/2006 22: MORENO          Updated On/By: 03/16/2006 15:52  SANDQUIS



DEPOSITION
EXHIBIT
Caumlart 20
9/15/10 CS

Call Detail Report

# Call Detail Report

Date: 7/25/05
Time: 11:49:38 AM
Date Range 02/24/2008 - 04/04/2008 00:00 - 24:00
PIN: 8001775
Call Completion Type(s): Complete, Incomplete

| Location | Dest. Number | PIN | CCard | Date/Time | Dur | Call Type | Stop Code |
|---|---|---|---|---|---|---|---|
| 5-A 4 | 8127297507 | 8001775 | | 02/28/2008 20:49 | 9:03 | Station to Station | Caller Hung Up |
| 5-A 4 | 8127297507 | 8001775 | | 02/27/2008 12:50 | 0:28 | Station to Station | LEC Block |
| 5-A 1 (TDY) | 8128718727 | 8001775 | | 02/27/2008 12:51 | 1:31 | Station to Station | Not Accepted |
| 5-A 2 | 8128746821 | 8001775 | | 02/27/2008 17:24 | 0:34 | Station to Station | LEC Block |
| 5-A 1 (TDY) | 8128718727 | 8001775 | | 02/27/2008 17:26 | 8:41 | Station to Station | Caller Hung Up |
| 5-A 4 | 8127297507 | 8001775 | | 02/27/2008 18:09 | 7:51 | Station to Station | Caller Hung Up |
| 5-A 5 | 8128746821 | 8001775 | | 03/01/2008 15:32 | 0:26 | Station to Station | Caller Hung Up |
| 5-A 1 (TDY) | 8128746821 | 8001775 | | 03/01/2008 16:34 | 0:24 | Station to Station | Caller Hung Up |
| 5-A 5 | 8128746821 | 8001775 | | 03/01/2008 16:42 | 0:56 | Station to Station | No Answer |
| 5-A 2 | 8128746821 | 8001775 | | 03/01/2008 15:44 | 0:28 | Station to Station | Caller Hung Up |
| 5-A 3 | 8128746821 | 8001775 | | 03/02/2008 18:51 | 2:42 | Station to Station | Caller Hung Up |
| 5-A 3 | 8128746821 | 8001775 | | 03/05/2008 16:00 | 1:14 | Station to Station | No Answer |
| 5-A 5 | 8127297507 | 8001775 | | 03/06/2008 18:50 | 6:48 | Station to Station | Caller Hung Up |
| 5-A 4 | 8128746821 | 8001775 | | 03/06/2008 19:21 | 4:25 | Station to Station | Caller Hung Up |
| 5-A 3 | 8128746821 | 8001775 | | 03/06/2008 19:15 | 1:44 | Station to Station | Not Accepted |
| 5-A 3 | 8127297507 | 8001775 | | 03/08/2008 19:41 | 1:13 | Station to Station | Not Accepted |
| 5-A 5 | 8128718727 | 8001775 | | 03/08/2008 19:50 | 0:27 | Station to Station | LEC Block |
| 5-A 5 | 8127297507 | 8001775 | | 03/08/2008 19:51 | 0:55 | Station to Station | No Answer |
| 5-A 6 | 8128746821 | 8001775 | | 03/08/2008 20:19 | 6:58 | Station to Station | Caller Hung Up |
| 5-A 4 | 8127056096 | 8001775 | | 03/10/2008 19:13 | 0:30 | Station to Station | Billing Block |
| 5-A 4 | 8127287507 | 8001775 | | 03/12/2008 12:00 | 0:57 | Station to Station | No Answer |
| 5-A 4 | 8128712221 | 8001775 | | 03/12/2008 12:05 | 0:53 | Station to Station | No Answer |
| 5-A 4 | 8128712221 | 8001775 | | 03/12/2008 12:24 | 0:54 | Station to Station | No Answer |
| 5-A 4 | 8128746821 | 8001775 | | 03/12/2008 12:25 | 0:52 | Station to Station | Incomplete Trunk |
| 5-A 4 | 8127297507 | 8001775 | | 03/12/2008 12:27 | 0:55 | Station to Station | No Answer |
| 5-A 2 | 8127297507 | 8001775 | | 03/12/2008 12:45 | 6:53 | Station to Station | Caller Hung Up |
| 5-A 4 | 8128712221 | 8001775 | | 03/12/2008 13:41 | 0:56 | Station to Station | No Answer |
| 5-A 4 | 8128746821 | 8001775 | | 03/12/2008 13:51 | 1:20 | Station to Station | Not Accepted |
| 5-A 4 | 8128746821 | 8001775 | | 03/12/2008 13:53 | 1:23 | Station to Station | Not Accepted |



http://camserver/reports/calldetail/calldetail_results_print.asp?startDate=02/24/2006&pport:47=on,%20on&pport:53=on,%20on....   7/25/2006

| Call Detail Report | | | | | |
|---|---|---|---|---|---|
| 5-A.4 | 8128712221 | 8001775 | 03/12/2006 13:58 | 0:54 | Station to Station | No Answer |
| 5-A.2 | 8128744821 | 8001775 | 03/12/2006 19:05 | 7:52 | Station to Station | Caller Hung Up |
| 5-A.4 | 8128744821 | 8001775 | 03/13/2008 18:24 | 4:32 | Station to Station | Caller Hung Up |
| 5-A.4 | 8128746821 | 8001775 | 03/14/2008 13:41 | 0:24 | Station to Station | High Block |
| 5-A.4 | 8128746821 | 8001775 | 03/14/2006 13:43 | 8:04 | Station to Station | Caller Hung Up |
| 5-A.4 | 8128712221 | 8001776 | 03/14/2006 18:12 | 0:28 | Station to Station | Caller Hung Up |
| 5-A.3 | 8127297507 | 8001776 | 03/15/2006 16:50 | 11:44 | Station to Station | Caller Hung Up |
| 5-A.3 | 8127297507 | 8001775 | 03/15/2006 16:53 | 0:28 | Station to Station | LEC Block |
| 5-A.4 | 812871 8727 | 8001775 | 03/15/2006 18:53 | 0:28 | Station to Station | High Block |
| 5-A.4 | 8128746821 | 8001775 | 03/16/2006 12:05 | 0:24 | Station to Station | High Block |
| 5-A.3 | 8127297507 | 8001775 | 03/16/2006 18:42 | 1:08 | Station to Station | Not Accepted |
| 5-A.4 | 8127297507 | 8001775 | 03/16/2006 19:30 | 0:44 | Station to Station | No Answer |
| 5-A.4 | 8127297507 | 8001775 | 03/17/2006 17:28 | 13:46 | Station to Station | Caller Hung Up |
| 5-A.5 | 8127297507 | 8001775 | 03/18/2006 12:02 | 14:22 | Station to Station | Caller Hung Up |
| 5-A.1 (TDY) | 8127297507 | 8001775 | 03/18/2008 12:40 | 5:48 | Station to Station | Caller Hung Up |
| 5-A.4 | 8127068095 | 8001775 | 03/18/2006 12:13 | 0:30 | Station to Station | Bad Number |
| 5-A.4 | 8127068095 | 8001775 | 03/19/2006 12:14 | 0:27 | Station to Station | Billing Block |
| 5-A.4 | 8127297507 | 8001775 | 03/19/2006 15:47 | 10:27 | Station to Station | Caller Hung Up |
| 5-A.4 | 8128746971 | 8001775 | 03/20/2006 13:51 | 0:20 | Station to Station | LEC Block |
| 5-A.4 | 8128746821 | 8001775 | 03/20/2006 18:42 | 0:25 | Station to Station | High Block |
| 5-A.4 | 8127297507 | 8001775 | 03/20/2006 18:46 | 0:40 | Station to Station | No Answer |
| 5-A.5 | 8128746821 | 8001775 | 03/20/2006 21:24 | 0:25 | Station to Station | High Block |
| 5-A.4 | 8128746821 | 8001775 | 03/22/2006 12:59 | 0:24 | Station to Station | High Block |
| 3-B.2 | 6072867370 | 8001775 | 03/23/2006 12:40 | 0:17 | Free | Three-Way Call |
| 5-A.4 | 8127297507 | 8001775 | 03/24/2006 17:03 | 7:30 | Station to Station | Caller Hung Up |
| 5-A.4 | 8128746821 | 8001775 | 03/25/2006 15:52 | 0:57 | Station to Station | Not Accepted |
| 5-A.4 | 8128746821 | 8001775 | 03/25/2006 15:57 | 0:43 | Station to Station | No Answer |
| 5-A.4 | 8128746821 | 8001775 | 03/25/2006 16:54 | 0:42 | Station to Station | Incomplete Trunk |
| 5-A.4 | 8128746821 | 8001775 | 03/25/2006 17:02 | 11:24 | Station to Station | Caller Hung Up |
| 5-A.4 | 8128718727 | 8001775 | 03/25/2006 17:14 | 0:28 | Station to Station | LEC Block |
| 5-A.4 | 8128718727 | 8001775 | 03/25/2006 11:45 | 0:25 | Station to Station | LEC Block |
| 5-A.4 | 8127297507 | 8001775 | 03/28/2006 11:46 | 0:44 | Station to Station | Incomplete Trunk |
| 5-A.4 | 8128744821 | 8001775 | 03/28/2006 11:47 | 0:40 | Station to Station | Incomplete Trunk |
| 5-A.4 | 8127297507 | 8001775 | 03/28/2006 12:09 | 0:39 | Station to Station | No Answer |
| 5-A.4 | 8128746821 | 8001775 | 03/28/2006 12:10 | 1:07 | Station to Station | Not Accepted |
| 5-A.4 | 8127297507 | 8001776 | 03/25/2006 12:24 | 0:41 | Station to Station | No Answer |
| 5-A.4 | 8127297507 | 8001775 | 03/25/2006 12:26 | 1:07 | Station to Station | No Answer |
| 5-A.4 | 8128746821 | 8001775 | 03/26/2006 12:26 | 0:28 | Station to Station | Not Accepted |
| 5-A.4 | 8127297507 | 8001775 | 03/28/2006 13:01 | 0:45 | Station to Station | No Answer |

# Call Detail Report

| | | | | | |
|---|---|---|---|---|---|
| 5-A 4 | 6123748821 | 9001775 | 03/28/2006 13:03 | 1:10 | Station to Station | Not Accepted |
| 5-A 5 | 6127297507 | 9001775 | 03/28/2006 13:36 | 0:41 | Station to Station | No Answer |
| 5-A 5 | 6123748821 | 9001775 | 03/28/2006 13:38 | 1:13 | Station to Station | Not Accepted |
| 5-A 5 | 6123748821 | 9001775 | 03/28/2006 13:40 | 0:22 | Station to Station | LEC Block |
| 5-A 5 | 6128718721 | 9001775 | 03/28/2006 13:40 | 0:22 | Station to Station | LEC Block |
| 5-A 5 | 6127297507 | 9001775 | 03/28/2006 19:01 | 12:12 | Station to Station | Caller Hung Up |
| 5-A 1 (TDY) | 6123748821 | 8001775 | 03/27/2006 09:57 | 13:01 | Station to Station | Caller Hung Up |
| 5-A 4 | 6123748821 | 8001775 | 03/28/2006 12:13 | 8:05 | Station to Station | Caller Hung Up |
| 5-A 4 | 6123748821 | 8001775 | 03/28/2006 09:54 | 2:49 | Station to Station | Caller Hung Up |
| 5-A 4 | 6123748821 | 9001775 | 03/28/2006 16:26 | 0:39 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 8001775 | 03/29/2006 16:27 | 0:39 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 8001775 | 03/29/2006 16:29 | 0:38 | Station to Station | No Answer |
| 5-A 4 | 6123748821 | 8001775 | 03/29/2006 16:30 | 0:41 | Station to Station | No Answer |
| 5-A 4 | 6123748821 | 8001775 | 03/29/2006 17:32 | 0:36 | Station to Station | No Answer |
| 5-A 4 | 6127297507 | 9001775 | 03/29/2006 17:34 | 6:09 | Station to Station | Caller Hung Up |
| 5-A 4 | 6123748821 | 9001775 | 03/29/2006 18:03 | 0:38 | Station to Station | Incomplete Trunk |
| 5-A 5 | 6123748821 | 8001775 | 03/29/2006 18:09 | 1:50 | Station to Station | Caller Hung Up |
| 5-A 4 | 6123748821 | 8001775 | 03/30/2006 11:47 | 0:37 | Station to Station | No Answer |
| 5-A 4 | 6123748821 | 9001775 | 03/30/2006 13:00 | 2:56 | Station to Station | Caller Hung Up |
| 5-A 4 | 6123748821 | 9001775 | 03/30/2006 19:02 | 0:43 | Station to Station | No Answer |
| 5-A 3 | 6123748821 | 8001775 | 03/30/2006 19:06 | 0:39 | Station to Station | No Answer |
| 5-A 5 | 6123748821 | 9001775 | 03/30/2006 19:08 | 0:37 | Station to Station | No Answer |
| 5-A 4 | 6123748821 | 8001775 | 03/30/2006 19:17 | 0:37 | Station to Station | No Answer |
| 5-A 3 | 6123748821 | 9001775 | 03/30/2006 19:42 | 9:42 | Station to Station | Caller Hung Up |
| 5-A 5 | 6127297507 | 9001775 | 03/31/2006 17:08 | 5:11 | Station to Station | Caller Hung Up |
| 5-A 8 | 6123748821 | 8001775 | 04/01/2006 19:05 | 0:41 | Station to Station | No Answer |
| 5-A 5 | 6127297507 | 9001775 | 04/01/2006 19:32 | 8:59 | Station to Station | Caller Hung Up |
| 5-A 4 | 6123748821 | 9001775 | 04/02/2006 16:59 | 0:37 | Station to Station | No Answer |
| 5-A 4 | 6123748821 | 9001775 | 04/02/2006 17:29 | 0:34 | Station to Station | No Answer |
| 5-A 4 | 6123748821 | 9001775 | 04/02/2006 18:01 | 0:34 | Station to Station | No Answer |
| 5-A 3 | 6123748821 | 9001775 | 04/02/2006 18:05 | 0:37 | Station to Station | No Answer |
| 5-A 3 | 6123748821 | 9001775 | 04/02/2006 18:06 | 0:38 | Station to Station | No Answer |
| 5-A 3 | 6127297507 | 9001775 | 04/03/2006 11:12 | 1:24 | Station to Station | Caller Hung Up |
| Total Calls: 87 | Total Minutes: 288:28 | | | | |

04/04/2006 10:15

**Current/Previous Cells**

Page 1 of 1

Name: INAMAGUAMERCHAN, MARIA

Booking No.:2006000004198

| Location | Pod | Cell No | Category | Date In | Current/Date Out | Officer | Reason for Change |
|----------|-----|---------|----------|---------|------------------|---------|-------------------|
| 5- HOSPITAL | HOSP | HXFR | 2- TO HOSPITAL | 04/03/2006 22:20 | Current Cell | BENNETT | 41- MEDICAL/PYSCH EVAL/TREATMENT |
| 2- ADC | 5A POD | 518A | GENERAL POP | 04/03/2006 16:10 | 04/03/2006 22:20 | JONES,JIL | 32- INITIAL ROOM ASSIGNMENT |
| 2- ADC | 5A POD | 615A | GENERAL POP | 03/23/2006 07:59 | 04/03/2006 16:10 | CAUM | 34- ROOM CHANGE/RECLASSIFICATION |
| 2- ADC | 5A POD | 604A | GENERAL POP | 02/25/2006 00:55 | 03/23/2006 07:59 | YANG | 32- INITIAL ROOM ASSIGNMENT |
| 2- ADC | :N BOOK | OBA | OPEN BOOKING AREA | 02/24/2006 21:49 | 02/25/2006 00:55 | CHINN | INITIAL CELL |

PENGAD 800-631-6989

DEPOSITION
EXHIBIT
Caument 22
9/15/015

**Inmate Diary Report**

04/04/2006 10:59

Inmate Name: INAMAGUAMERCHAN, MARIA          Booking No: 200600004198

Arrival Date: 02/24/2006     Date Booked: 02/24/2006     Location  5- HOSPITAL

Date: 02/25/2006 10:00          Warning:  FYI                    Officer: DAVIS

Events:  I/M WAS VERY UPSET THIS MORNING ABOUT WORRYING ABOUT HER MOM WHO IS ALSO HERE FOR INS. I MOVED HER MOM INTO A CELL WITH HER. THEY BOTH SEEMED A LOT HAPPIER.



DEPOSITION EXHIBIT
Caumiant 23
9/15/10 cs

Inmate Diary Report

04/04/2006 10:59

Inmate Name: INAMAGUAMERCHAN, MARIA     Booking No: 200600004198

Arrival Date: 02/24/2006     Date Booked: 02/24/2006     Location  5- HOSPITAL

Date: 03/22/2006 21:05     Warning: FYI     Officer: NIETING

Events: DURING A CELL INSPECTION I FOUND A POP BOTTLE AND CANDY IN CELL, WARNED NEXT TIME IT WOUDL BE A 23.

**Inmate Diary Report**

**04/04/2006 10:59**

---

Inmate Name: INAMAGUAMERCHAN, MARIA          Booking No: 200600004198

Arrival Date: 02/24/2006      Date Booked: 02/24/2006      Location  5- HOSPITAL

---

Date: 04/03/2006 14:38      Warning: FYI                    Officer: CCAUMIAN

Events:  HIT HER HEAD ON HER BUNK AND HAS A SMALL KNOT. GAVE HER AN ICEPACK AND
NOTIFIED THE NURSE TO SEE HER AT 1600. APPEARS TO BE OKAY.

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

**DEPUTY SIGN—IN**   DAY: _Monday_   DATE: _4-3-06_

| 2300—0700 | | 0700—1500 | _Podgorski_ | 1500—2300 | |
|---|---|---|---|---|---|
| _Scheller_ | | | _Hoffman_ | | |
| | | 0800—1600 | _Morgan_ | | |



DEPOSITION
EXHIBIT
_Document 24_
_9/15/10 LS_

| 2040 | LEL | _Inamaquamerchan Muncin via Medics    #2_ | |
|---|---|---|---|

# R.C.S. HOSPITAL SECURITY UNIT DAILY LOG

**DEPUTY SIGN—IN** | DAY _Tues_ | DATE _4-4-06_

| 2300—0700 | Scheller | 0700—1500 | Leffman | 1500—2300 | |
| | Zimmerman | | Podruzro | | |
| | | 0800—1600 | MORGAN | | |

| TIME | AGENCY | | | | |
|------|--------|--|--|--|--|
| 1130 | SC | FNAM ALVAN EMCHAN | TO | MRI | |

OCT/04

1

**Roby, Mary**

| | |
|---|---|
| **From:** | Jones, Jill |
| **Sent:** | Monday, April 03, 2006 10:01 PM |
| **To:** | Roby, Mary |
| **Subject:** | General |

## General Report

| C.N.   ( 8 Digits ) | **Ramsey County** | | **Sheriff's Office** | |
|---|---|---|---|---|
| 06-   007945 | | | | |

| Month | Date | Year | Time | City | Offense | *Be specific when calling Dispatch* |
|---|---|---|---|---|---|---|
| April | 3rd | 2006 | 2041 | St. Paul | Medical-Head injury | |

| Location of call | LEC Location;  POD, Booking, T/R etc. | Date & time occurred |
|---|---|---|
| 425 Grove Street, St. Paul, MN  55101 | 500 a pod | 4/03/06@2015 |

| Deputy / Correctional Officer | Jill Jones | |
|---|---|---|
| | | **Note Details In Narrative** |

| Describe articles recovered | N/A |
|---|---|
| Where item placed | |

| | Photos taken | If YES "X" box | | Medical treatment | If YES "X" box | | Restraints applied | If YES "X" box | x |
|---|---|---|---|---|---|---|---|---|---|
| "X"  correct box | *If checked please explain in detail in narrative* | | | | | | Chemical Agent used | If YES "X" box | |

| Suspect Victim | | Last name | First | Middle | Address | D.O.B. | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| | | Inamaguamercha | Maria | | 2748 Chicago Ave Minneapolis mn | 11/19/1975 | h | back |
| Suspect Victim | | Last name | First | Middle | Address | D.O.B. | Race | Sex black |
| Suspect Victim | | Last name | First | Middle | Address | D.O.B. | Race | Sex |

**NARRATIVE**
On the above date and time I CO Jones was informed by CO Caumiant @1500 that inmate Inamaguamercha, Maria (D.O.B 11/19/1975) 2748 Chicago Ave. Minneapolis, mn had fallen from the top bunk and hit her head .An knot has formed.on the back of her head and an ice pack was given to Inamaguamercha .Ico Jones was also Informed that Inmate Inamaguamercha would be seen by the nurse @1600. At 1608 Nurse Ericka seen Inmate Inamaguamercha, Maria and assessed her condition the inmate was given an ice pack and medication for the pain. I CO Jones was Then informed by nurse Ericka to monitor inmate Inamaguamerch condition. Inamaguamercha, Maria was monitor and had been vomiting clear liquids and wouldn't eat her dinner tray. At 2015 inmate Inamaguamercha, Maria was scene and assessed by nurse Ericka, Inmate Appeared very pale and somewhat unresponsive Sgt Roby was notified by Radio and arrived at the scene, also at the scene was nurse Kelli. Nurse Kelli assessed inmate's condition and checked her vitals .Sgt Roby called Central control and asked for an ambulance. When paramedics arrived Inmate Inamaguamerchá,Maria was placed on cart and escorted to Regions Hospital.



DEPOSITION EXHIBIT
PENGAD 800-631-6989
Caumiant 25
9/15/10 LS

1

| Reviewing Supervisor Name | Badge | Reporting Officer | Badge 667 |

| C.N.    ( Digits )<br>06- | **General Report** | | *Narrative cont'd* |
| | **Ramsey County** | **Sheriff's Office** | *from page 1* |

| Month | Date | Year 2006 | Time | City St. Paul | Offense | *Be specific when calling Dispatch* |

| Location of call | LEC Location | Date & time occurred |
| 425 Grove Street, St. Paul, MN  55101 | | |

| Deputy / Correctional Officer | | |

NARRATIVE CONTINUED

DEPOSITION
EXHIBIT
Caumart 26
9/15/10 LS
PENGAD 800-631-6989

# Supplemental Report

**Ramsey County**     **Sheriff's Office**

| C.N. ( 8 Digits ) 06- 007945 | | |
|---|---|---|
| Month 04 | Date 04 | Year 2006 |

| City St. Paul | Time 1559 | Offense MEDICAL | Be specific when calling Dispatch | Date & time occurred 04/03/06 1430 HOURS |

**Location of call**
425 Grove Street, St. Paul, MN 55101

**LEC Location;** POD, Booking, T/R etc.
5A POD

**Deputy / Correctional Officer** #668 CHERYL CAUMIANT

**Describe articles recovered**

**Where item placed**

☐ **Photos taken** ☐ **"X" correct box**
*If checked please explain in detail*

**Note Details In Narrative**

☐ **Medical treatment** *If YES "X" box*

☐ **Restraints applied** *If YES "X" box*
☐ **Chemical Agent used** *If YES "X" box*

| "X" correct box | | Last name | First | Middle | If YES "X" box | Address | | D.O.B. | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|---|
| Suspect | | | | | | | | | | |
| Victim | | INAMAGUAMERCHA | MARIA | | | 2748 CHICAGO AVE MPLS, MN | | 11/19/75 | HISP | F |
| Suspect | | | | | | | | | | |
| Victim | | | | | | | | | | |
| Suspect | | | | | | | | | | |
| Victim | | | | | | | | | | |

**NARRATIVE**

ON 04/03/06 AT APPROXIMATELY 1430 HOURS, I CO CHERYL CAUMIANT, WAS CALLED TO CELL #615A IN 5A POD BY CELL OCCUPANT CABRERACORDON, THELMA DOB 04/25/75 AND #614A NYGREN, KAYLA DOB 09/04/85, WHO WAS SWEEPING OUTSIDE OF CELL #614A, SAYING THAT HER CELLMATE #615A INAMAGUAMERCHA, MARIA DOB 11/19/75 HAD "HIT HER HEAD ON HER BED". I OPENED THE CELL DOOR FROM MY DESK, HEADED UP THE STAIRS AND ENTERED CELL #615A WHERE INMATE INAMAGUAMERCHA WAS SITTING ON THE BOTTOM BUNK BED WITH HER FEET ON THE TOP BUNK MATTRESS, CRYING AND HOLDING HER HEAD BETWEEN HER HANDS. INMATE NYGREN HAD BEEN THE FIRST INTO THE CELL AND HAD PULLED THE MATTRESS FROM THE TOP BUNK ONTO THE FLOOR IN ORDER TO BETTER ACCOMIDATE HER. MS INAMAGUAMERCHA HAD COMPLAINED OF A BAD HEADACHE ALL DAY AND HAD RETIRED TO HER CELL EARLY TO LAY DOWN. I EXAMINED MS INAMAGUAMERCHA'S HEAD AND FOUND A SMALL LUMP ON THE BACK OF IT, NO CUTS OR BLEEDING. I SPOKE TO HER AND SHE REPSPONDED AND POINTED TO THE BUMP ON THE BACK OF HER HEAD. I RETRIEVED AND ICEP FROM THE DESK, PLACED IT ON HER HEAD AND COVERED IT WITH A COLD WASHCLOTH. DURING OUR CONVERSATION, INMATE INAMAGUAMERCHA SEEMED COHERENT ALTHOUGH SHE WAS STILL CRYING AND IN OBVIOUS PAIN FROM HER PREVIOUS HEADACHE AS WELL AS JUST HITTING HER HEAD. OFFERED TO MOVE HER AND HER CELLMATE DOWNSTAIRS WHERE SHE WOULD BE CLOSER TO THE OFFICERS DESK BUT SHE DID NOT WANT TO MOVE AND I DID NOT PUSH THE ISSUE SINCE IT APPEARED TO BE NOTHING MORE THAN A BUMP ON THE HEAD INCIDENT. I TOLD HER I WOULD MAKE SURE THE NURSE SAW HER AT THE 1600 MED PASS AND BRING HER ANOTHER ICEPACK AND SOME MEDICATION. SHE APPEARED TO BE CALMING DOWN AND SUGGESTED SHE LEAN BACK AGAINST THE WALL WITH A PILLOW AND REST AND TOLD HER THE NURSE WOULD BE HERE SHORTLY WITH SOME ASPRIN. SHE THANKED ME AND HER CELLMATE MS CABRERA SAID SHE WOULD PUSH THE BUTTON IF ANYTHING ELSE HAPPENED. I THEN PHONED THE NURSE AND EXPLAINED THE SITUATION AND THE NURSE SAID SHE WOULD BE SEEN AT THE NEXT MED PASS AT 1600 HOURS. AT APPROXIMATELY 1500 HOURS I INFORMED CO JONES, JILL OF THE SITUATION AND TO MAKE CERTAIN MS INAMAGUAMERCHA SAW THE NURSE AT THE 1600 MED PASS. I THEN LEFT 5A FOR MY NEXT POST. END OF REPORT.

| Reviewing Supervisor Name | Badge | Reporting Officer CHERYL CAUMIANT | Badge 668 |

# Supplemental Report

**Ramsey County**                                 **Sheriff's Office**

| C.N.  ( 8 Digits ) | | | | |
|---|---|---|---|---|
| 06- 007945 | | | | |
| Month | Date | Year | Time | City |
| 04 | 04 | 2006 | 1711 | St. Paul |

**Offense** MEDICAL — *Be specific when calling Dispatch*

**Location of call**
125 Grove Street, St. Paul, MN 55101

**LEC Location;** POD, Booking, T/R etc.
5A POD

**Date & time occurred**
04/03/06  1430 HOURS

**Deputy / Correctional Officer** #668 CHERYL CAUMIANT

Note Details In Narrative

Describe articles recovered

Where Item placed

| "X" correct box | | Photos taken | If YES "X" box | | Medical treatment | If YES "X" box | | Restraints applied | If YES "X" box | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | *If checked please explain in detail* | | | | | | Chemical Agent used | If YES "X" box | |
| Suspect | Last name | First | Middle | | Address | | D.O.B. | | Race | Sex |
| /ictim | INAMAGUAMERCHA | MARIA | | | 2748 CHICAGO AVE MPLS, MN | | 11/19/1975 | | HISP | F |
| Suspect | Last name | First | Middle | | Address | | D.O.B. | | Race | Sex |
| /ictim | | | | | | | | | | |
| Suspect | Last name | First | Middle | | Address | | D.O.B. | | Race | Sex |
| /ictim | | | | | | | | | | |

## NARRATIVE

CO CHERYL CAUMIANT #668 WORKED IN THE 5A POD TODAY, 04/04/06 FROM 0700 HOURS UNTIL 1500 HOURS.  AT APPROXIMATELY 1430 HOURS I SPOKE TO INMATE #518A CABRERACORDON, THELMA REGARDING HER PREVIOUS CELLMATE #518A INAMAGUAMERCHA, MARIA REGARDING MARIA'S ACCIDENT  AND JUST  EXACTLY HOW SHE HIT HER HEAD AND  ANYTHING ELSE SHE MIGHT BE WILLING TO TELL ME.  MS CABRERA DEMONSTRATED TO ME IN THE CELL HOW  MARIA WAS TRYIG TO CLIMB DOWN FROM THE TOP BUNK, HAD HER FOOT ON THE BOTTOM BUNK EDGE AND WAS LOWERING HERSELF DOWN WITH HER ARMS WHEN HER HANDS "JUST LET GO" AND SHE FELL BACKWARDS TO THE FLOOR. ACCORDING TO MS CABRERA HER HEAD DID NOT HIT THE DESK OR THE SINK "JUST FELL BACKWARDS TO THE FLOOR AND HIT HER HEAD". SHE ALSO TOLD ME OF MARIA'S MOTHER IN ECQUADOR WHO HAD "SURGERY ON HER BRAIN 4 YEARS AGO BECAUSE OF PORK MEAT AND EGGS OF BUGS INSIDE HER HEAD"  AND THAT "SHE (MOTHER) DRINKS MEDICINE FOUR TIMES A DAY  BUT SHE IS STILL VERY SICK." MS CABRERA ALSO TOLD ME THAT MARIA HAS BEEN HAVING A LOT OF HEADACHES AND THAT "TODAY WAS A VERY BAD HEAD ACHE".  AND THAT MARIA SEEMED "OKAY  AFTER SHE BUMPED HER HEAD AND WALKED DOWN THE STAIRS TO SEE THE NURSE AND EVERYTHING".  AND LATER  AFTER THEY WERE BOTH MOVED TO CELL. #518A FROM CELL. #615A  SHE "STARTED TALKING LIKE HER SISTER WAS SITTING BY HER AND ACTING REAL STRANGE." END OF REPORT.

| Reviewing Supervisor Name | Badge | Reporting Officer | Badge |
|---|---|---|---|
| | | CHERYL CAUMIANT | 668 |

[on left margin]

4-11-06

*I apologize for not having sent this letter before*

[main text]

*Hello Patricio*

*My name is Thelma Cabrera. I was Maria's roommate and I am praying for her every night, for her to recover and get out of the coma she is in so she can be with you [plural] again because she loves you [plural] a lot. She would tell me about you and your little girl* ▓▓▓ *and her mom, Ms. Aurora and her sister Tereza. She would say that you [plural] were her life and that she didn't know what she would do without you today [now] that she had to go to Ecuador. She was fine, was very happy. She had a headache that Monday morning, and around 1:00 in the afternoon, she went to lie down because she had a bad headache. And around 2:00 or 2:15 she fell from the bed when she was getting down to go to the bathroom. But I was not able to help her because she didn't tell me she was getting down. I realized this when she was already on the floor. But she fell on her back and hit her head. But she slept there everyday. I believe that she fell because she must have been weak from the headache. But I know, that God willing, she will heal. Say hello to Ms. Aurora. Tell her that every day I pray to God for Maria, for her and for the whole family. I am sending you the letter that Maria made [wrote] on Friday. I will call you when I get out of here, God willing, next week. I trust in God that everything turns out well.*



DEPOSITION EXHIBIT
Caumiant 27
9/15/10   LS
PENGAD 800-631-6989

Maria started this letter on Friday and finished it on Sunday because we would talk a lot. I am also sending you the photo of ████. The rest [of the things] she had here were letters that you sent to her. And the sister sent her this. But don't tell anyone, because everything is investigated here, because this case is being broadcast on the news, because they might not like that I have gone through Maria's things. But I did it to send you the most important to you. Because if I get out, I don't think they would give it later. I am also sending you the prayer that she likes to read. Have faith in God. Everything will turn out well. Maria is strong. She will overcome this so she can be with you and your little girl – that is what she longed for. Still, on Sunday she was telling me that when she would get to Ecuador, she was going to buy a house in Cuenca with her mom. And that they were going to set up a store, God willing. May her dreams become a reality, God willing. May your eye also heal – because Maria would worry about that too and would start crying. What I feel bad about, is that I cannot be with her because I really cared about her and Ms. Aurora. And I miss her. God willing, I will go see her when I get out. Have faith in God. Everything will turn out well. He is the only one who can help us in these difficult moments. Until later, God bless you.

      Thelma Cabrera

When you have time, please contact my sister Zulma so I find out how Maria is doing because I cannot get information from here, or my friend Mr. Jose. Thanks

*Zulma*

*Mr. Jose*

(651) 207-5980

(651) 793-6809

Note from the translator-
The original letter in Spanish had no punctuation — no commas or periods. Punctuation was added to the English translation to make the letter more legible.

I, Adriana L. Trevino, Federally and Sate of Minnesota Court Certified Spanish Interpreter/Translator, hereby certify that the previous document, is an accurate and complete translation into ENGLISH of the original, which is in SPANISH.

Adriana L. Trevino
Spanish Interpreter/Translator
Federally and State Court Certified Spanish Interpreter
TransLanguages LLC
79 Western Avenue North, Suite 502
St. Paul, MN 55102
(651) 290-2707

4-11-06

Hola familia

Mi nombre [...] Su última palabra y yo
era la compañera y cuento de maria
y esto y cuando [...] das noches parexxa
para que se [...] salga de coma y
en que esta Para que [...] vuelva a estar [...]
con ustedes Porque ella los quiere mucho
como me praticaba de usted y su novia [...]
y de su mamá doña Arthona de la que
eran su vida y que no sabia que iba a
ser sin ustedes hoy que se tenia que ir
para el ecuador ella estaba bien ira
bien alegre tenia dolor de cabeza ese lunes
en la mañana y como a la 1.00 de la tarde
se fue a costar porque [...] me dra ta
cabeza y como a las 2:00 o 2:15 se callo
de la cama cuando se estaba bajando para
ir al baño pero yo no pude ayudarla parque
no me dijo que se iba a bajar cuando yo
me di cuenta ya estaba en el suelo pero
callo de espalda y se golpeo la cabeza pero
ella dormia alli todos los dias yo creo que
se callo porque a de ber estado devil del
dolor de cabeza pero yo se que primero Dios
ella si va a curar y me saluda a Doña
Aurora digale que todos los dias yo le pido
A Dios por maria y por ella y toda su familia
alli le mando la carta que le hizo maria el
viernes yo le voy a llamar cuando salga de

y su hermana feliza

DEPOSITION
EXHIBIT
Clayment 28
9/15/10 LS
PENGAD 800-631-6989

Disculpe por mi letra esta [Cartas ecritas con lapiz] mi enojo

esta carta el domingo porque platicabamos mucho alli tambien le mando la Foto de ███████ lo demas que tenia ella aqui son cartas que le mando usted y la hermana le mando esto pero nole diga a nadie porque aqui todo investigan Porque como este caso esta saliendo en las noticias porque talvez no les vaya a gustar que yo alla revisado las cosas d Maria pero yo lo hize para mandarle lo mas importante a usted Porque si yo salgo no creo que des Pues ellos lo entregaran alli tambien le mando la oracion que a ella le gustaba leer tenga fe en Dios todo va a salir bien Maria es fuerte ella va a salir Adelante Para Poder estar con usted y su niña era lo que ella mas anelaba todavia el domingo me estubo contando que cuando llegara a Ecuador iba a comprar una casa en cuenca con su mamá y alli ibana Poner una tienda primeramen Dios sus sueños se hagan realidad y primero Dios usted tambien se recupere de su ojo Porque eso a Maria tambien le Preocupaba y se ponia a llorar lo que yo siento no poder estar con ella Porque ya le tenia mucho cariño a ella y Doña Aurora y me hace falta pero primero Dios cuando Salga yo la voy a ir a ver tenga fe en Dios que todo saldra bien el es el unico que nos puede ayudar en estos momentos dificiles asta pronto que Dios los Bendiga

    Thelma Cabrera

Por favor cuando tenga tiempo se comunica con mi hermana Zulma Para saber como sigue Maria Porque yo de aca no Pueda informarme o con mi amigo Don José. gracias

Zulma
(651) 207-5980

Don José
(651) 793-6809

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricio Flores and Jose Encalada, as Co-Trustees and Personal Representatives for the next of kin of Maria Iñamagua Merchan, | Court File No. 09-CV-838 JMR/SRN |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF CHERYL CAUMIANT** |
| The County of Ramsey, Minnesota; Robert Fletcher, individually and in his official capacity as Sheriff of Ramsey County; Ramsey County Adult Detention Center; Ramsey County Sheriff's Department; Robert Fletcher—Ramsey County Sheriff; Ramsey County Department of Health; Robert W. Fulton--Director of Ramsey County Department of Health; Ramsey County Adult Detention "Family Practice Clinic" and Unidentified Medical Clinics I-V; Drs. John Doe or Jane Does I-V--Unidentified Jail or Contract Medical Doctors; Robert Moxley-Goldsmith, individually and in his capacity as Head Nurse; Erika Thompson, R.N. individually and in her capacity as Jail Nurse; [Corrine] Strand, R.N. individually and in her capacity as Jail Nurse; Kelli LNU,--Unidentified Jail Nurse; John Roe or Jane Roes—Unidentified Jail Nurses I-V; Mary Roby, individually and in her capacity as Ramsey County Housing Sergeant; Jill Jones, individually and in her capacity as Ramsey County Corrections Officer; [Dawn] T. Bennet[t], individually and in her capacity as Ramsey County Corrections Officer; Cheryl Caumiant, individually and in her capacity as Ramsey County Corrections Officer; John Poe or Jane Poes I-V —Unidentified Ramsey County Sheriffs, Deputies, Correctional Officers and Guards[.] | |
| Defendants. | |



DEPOSITION
EXHIBIT
Caumiant 29
9/15/10  LS

STATE OF MINNESOTA )
                                 ) ss:
COUNTY OF RAMSEY   )

      Cheryl Caumiant, being first duly sworn on oath, deposes and states as follows:

      1.  In 2006, I was a corrections officer at the Ramsey County Adult Detention Center (hereinafter "RCADC").  Part of my responsibilities included supervising detainees awaiting deportation by the Bureau of Immigrations and Customs Enforcement.

      2. I supervised Maria Iñamagua Merchan while she was detained at the RCADC from February 24, 2006 to April 3, 2006.

      3.  As an RCADC Corrections Officer, I have received general first aid training, but I have not received training to diagnose or treat neurological conditions, neurological disorders, or parasitic infections, such as neurocysticercosis.

      4.  As an RCADC Corrections Officer, it is not within my job description or authority to diagnose or treat any neurological conditions, neurological disorders, or parasitic infections, including neurocysticercosis.

      5. During her detention at the RCADC, no one, including Maria Iñamagua Merchan, informed me that she was suffering from neurocysticercosis.

      6.  During her detention at the RCADC, I had no knowledge that Maria Iñamagua Merchan had been diagnosed with neurocysticercosis.

      7.  During her detention at the RCADC, I never deliberately disregarded or withheld any treatment for Maria Iñamagua Merchan's neurocysticercosis because I was never aware of any diagnosis of neurocysticercosis.

8.  The first time that I learned that Maria Iñamagua Merchan was diagnosed with

neurocysticercosis was after paramedics took her out of the RCADC and brought her to

Regions Hospital.

9.  After Maria Iñamagua Merchan left the RCADC and was taken to Regions

Hospital, I was no longer responsible for supervising her as an RCADC detainee.


This concludes my affidavit.

<u>s/  Cheryl Caumiant</u>
Cheryl Caumiant


Subscribed and sworn to before me
this 20th day of July, 2010.


<u>s/Jeniffer Feuerhake</u>
Jeniffer Feuerhake
Notary Public – Minnesota
My Commission Expires Jan. 31, 2013.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricio Flores and Jose Encalada,<br>as Co-Trustees and Personal Representatives<br>for the next of kin of Maria Iñamagua Merchan, | Court File No. 09-CV-838<br>JMR/SRN |
| Plaintiffs, | **AFFIDAVIT OF CHERYL<br>CAUMIANT** |
| v. | |
| The United States of America; et. al,<br>Defendants. | |

The undersigned, on oath, deposes and says:

1.  I am currently employed as a Ramsey County Correctional Officer and work at the Ramsey County Law Enforcement Center.

2.  I submit this affidavit in support of Ramsey County's motion to dismiss or, in the alternative, summary judgment.

3.  I am a named defendant in the above-referenced case and was served on or about July 1, 2009, at approximately 7 p.m. at my workplace, the Ramsey County Law Enforcement Center, 425 Grove St., St. Paul, MN, 55101.

4.  As I was walking to my car in the Ramsey County Law Enforcement Center's parking lot after my shift ended, an individual approached me and said "you've been served." I did not accept the papers and told the individual I did not believe he could serve me at my workplace.

5.  The individual continued to try to force me to take the papers and at one point tried to shove the papers through the window of my car, which was slightly opened at the time.



6. The individual eventually threw the papers at me and they landed on the ground. I picked them up because I did not want them to be left on the ground.

7. About three weeks prior to the July 1 incident, sometime in June 2009, I learned from a neighbor that an individual tried to serve me at my home, 42344 Dayton Ave., Harris, MN, 55032. I was not home at the time.

8. Also, sometime prior to July 1, a tenant living in property I own at 1058 Hague Ave., St. Paul, MN 55104, was told by a neighbor that a suspicious person had asked what I looked like.

9. I have not spent considerable time outside the State of Minnesota or away from my home since this lawsuit was filed on April 13, 2009.

10. I have not been trying to avoid service of process.

11. Other than the July 1 attempt to serve me with process at my workplace, I have not been served at my place of abode.

FURTHER AFFIANT SAYETH NOT.

Cheryl Caumiant

Subscribed and sworn before me this 29th day of September 2009

Notary Public

My commission expires: 1/31/2012



CYNTHIA R. DAVY
Notary Public-Minnesota
My Commission Expires Jan 31, 2012