UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricio Flores and Jose Encalada, as Co-Trustees and Personal Representatives for the next-of-kin of Maria Iñamagua Merchan,<br><br>                Plaintiffs,<br><br>v.<br><br>The United States of America; The U.S. Department of Homeland Security, Immigrations and Customs Enforcement ("ICE"); Scott Baniecke, individually and in his official capacity as Field Officer, ICE; an Unknown Number of Unnamed and Unknown Agents of ICE; The County of Ramsey, Minnesota; Robert Fletcher, individually and in his official capacity as Sheriff of Ramsey County; Ramsey County Adult Detention Center; Ramsey County Sheriff's Department; Robert Fletcher-Ramsey County Sheriff; Ramsey County Department of Health; Robert W. Fulton-Director of Ramsey County Department of Health; "XYZ" Family Practice Clinic; Ramsey County Adult Detention "Family Practice Clinic" and Unidentified Medical Clinics I-V; Drs. John Doe or Jane Does I-V-Unidentified Jailor Contract Medical Doctors; Robert Moxley-Goldsmith, individually and in his capacity as Head Nurse; Erika Thompson, R.N., individually and in her capacity as Jail Nurse; Chris Strand, individually and in her capacity as Jail Nurse; Kelli LNU, -- Unidentified Jail Nurse; John Roe or Jane Roes-Unidentified | Case Type: Civil Rights/ Wrongful Death/Medical Malpractice<br><br>Court File No. 09-cv-838 ADM /SRN<br><br>**SECOND SUPPLEMENTAL AFFIDAVIT OF MELISSA DOSICK RIETHOF**<br><br>(identified in caption as Drs. John Doe or Jane Does I-V-Unidentified jailor Contract Medical Doctors and "XYZ" Family Practice Clinic; Ramsey County Adult Detention "Family Practice Clinic" and Unidentified Medical Clinics I-V ) |

Jail Nurses I-V; Mary Roby, individually and in her capacity as Ramsey County Housing Sergeant; Jill Jones, individually and in her capacity as Ramsey County Corrections Officer; T. Bennet, individually and in his capacity as Ramsey County Corrections Officer; Cheryl Caumiant, individually and in her capacity as Ramsey County Corrections Officer; John Poe or Jane Poes I-V- Unidentified Ramsey County Sheriffs, Deputies, Correctional Officers and Guards,

                Defendants.

STATE OF MINNESOTA )
                          ) ss:
COUNTY OF HENNEPIN )

      Melissa Dosick Riethof, being first duly sworn on oath, deposes and states as follows:

      1.      I am one of the attorneys representing Defendants Gregory Salmi, M.D. and Advance Practice Solutions, P.A. in the above-entitled action.

      2.      Attached hereto as Exhibit B is a true and correct copy of Mark Peters's deposition transcript taken on September 9, 2010.

      3.      Attached hereto as Exhibit C is a true and correct copy of Renee Dahring's deposition transcript taken on October 6, 2010.

      4.      Attached hereto as Exhibit D is a true and correct copy of Lynn Schiff's deposition transcript taken on October 6, 2010.

This concludes my affidavit.

                                                                              s/Melissa Dosick Riethof
                                                                               Melissa Dosick Riethof

Subscribed and sworn to before me
this 18th day of October, 2010.


s/Robyn E. Setzer
Robyn E. Setzer
Notary Public - Minnesota
My Commission Expires Jan. 31, 2015

7543424.1

3